IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUL 0 9 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| VALLEY ICE & FUEL CO., INC. | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS | § | CIVIL ACTION NO. ___ B-02-139 |
| | § | |
| F/V 15 DE OCTUBRE I, | § | |
| F/V ESPERANZA V, | § | |
| F/V DONOSTI III, F/V DONOSTI IV, | § | |
| F/V ROJIMAR I, F/V ROJIMAR II | § | |
| F/V DONOSTI V, F/V EASO I, | § | |
| F/V CAMARONES DEL GOLFO XII, | § | |
| F/V EASO II, F/V FIPESCO 93 | § | |
| F/V EASO IV, F/V PORTHOS I | § | |
| F/V PORTHOS II, F/V VILUJO I | § | |
| F/V DON CEFE, F/V APOLO, | § | |
| F/V MECOACAN II, F/V PONY CHIEF, | § | |
| F/V ALHAMBRA II, F/V LULU | § | |
| F/V MOJAVE CHIEF, F/V FIPESCO 79 | § | |
| F/V DON JUAN, F/V CAMARONERA VII | § | |
| F/V ANDRES GARCIA, F/V EDWARD | § | |
| F/V KULKULKAN XIV, F/V TAURO, | § | |
| F/V MARQUEZ VI,  F/V MONICA II, | § | |
| F/V CONCORDIA I, F/V MARQUEZ III | § | |
| F/V MONICA III, F/V DON ALVARO III, | § | |
| F/V DON ALVARO IV, F/V FENICO V | § | |
| F/V FIPESCO 51, F/V FIPESCO 90 | § | |
| F/V FIPESCO 137, | § | |
| F/V LAGUNA DE PANLAO IX | § | |
| F/V CAPITAN LALO, | § | |
| F/V SAN ANTONIO II, | § | |
| their engines, tackle, apparel | § | |
| and furniture, IN REM, | § | |
| | § | |
| Defendants, | § | |

## PLAINTIFF'S ORIGINAL COMPLAINT

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW VALLEY ICE & FUEL CO., INC., Plaintiff herein, complaining of the above named Fishing Vessels, their engines, nets, tackle, apparel, and furniture, *in rem*, Defendants herein, and for cause of action would respectfully show unto the Court the following:

### I.

### PARTIES

1)    Plaintiff is a Texas corporation having its principal place of business in Cameron County, Texas.

2)    The *in rem* Defendants are Mexican shrimp trawlers which are registered under the laws of Mexico, and may be served with process by serving the vessels as they may appear in Port Isabel, Texas or Brownsville, Texas, or anywhere within the jurisdiction of the Southern District of Texas.

### II.

### JURISDICTION AND VENUE

3)    This is a case involving the admiralty and maritime jurisdiction of this Court as more fully appears hereafter, and Plaintiff's claim is in admiralty and maritime within the meaning of Rule 9(h) and Supplemental Rules B and C of the Federal Rules Of Civil Procedure.  This Court has subject matter jurisdiction under 46 U.S.C. § 31342 AND 29 U.S.C. § 1333.  The defendant vessels are or will be during the pendency of this process within this district and within the jurisdiction of this Court.

III.

FACTS OF THE CASE

4)    Plaintiff, VALLEY ICE & FUEL CO., INC. is a corporation which is engaged in the sale of diesel fuel and petroleum products and supplies to shrimp trawlers.

5)    Beginning on or about September 8, 1999 and again on October 28,1999, at the instance and request by the owner/master of the F/V 15 DE OCTUBRE I, Plaintiff furnished diesel fuel, lube oil, and other associated petroleum products to such Defendant vessel. Plaintiff delivered to the owner/master of such vessel its statements for the aforementioned fuel and associated products, and after allowing all just credits and offsets, the amount of $12,834.41, including interest through June 30, 2002, remains due and owing to Plaintiff and such amount has not been paid to Plaintiff. True copies of the invoices are attached hereto as EXHIBIT A and made a part hereof for all purposes.

6)    Beginning on or about November 8, 1999 and again on December 14,1999, at the instance and request by the owner/master of the F/V ESPERANZA V, Plaintiff furnished diesel fuel, lube oil, and other associated petroleum products to such Defendant vessel. Plaintiff delivered to the owner/master of such vessel its statements for the aforementioned fuel and associated products, and after allowing all just credits and offsets, the amount of $20,997.88, including interest through June 30, 2002, remains due and owing to Plaintiff and such amount has not been paid to Plaintiff. True copies of the invoices are attached hereto as EXHIBIT B and made a part hereof for all purposes.

7)    On or about November 8, 1999, at the instance and request by the owner/master of the F/V CAMARONES DEL GOLFO XII, Plaintiff furnished diesel fuel, lube oil, and other associated petroleum products to such Defendant vessel. Plaintiff delivered to the owner/master of

such vessel its statements for the aforementioned fuel and associated products, and after allowing all just credits and offsets, the amount of $8,998.82, including interest through June 30, 2002, remains due and owing to Plaintiff and such amount has not been paid to Plaintiff. True copies of the invoices are attached hereto as EXHIBIT C and made a part hereof for all purposes.

8)     Beginning on or January 15, 1999 and continuing thru March 11,1999, at the instance and request by the owner/master of the F/V ROJIMAR I, Plaintiff furnished diesel fuel, lube oil, and other associated petroleum products to such Defendant vessel. Plaintiff delivered to the owner/master of such vessel its statements for the aforementioned fuel and associated products, and after allowing all just credits and offsets, the amount of $13,784.61, including interest through June 30, 2002, remains due and owing to Plaintiff and such amount has not been paid to Plaintiff. True copies of the invoices are attached hereto as EXHIBIT D and made a part hereof for all purposes.

9)     Beginning on or about April 28, 1999 and continuing thru  April 29,1999, at the instance and request by the owner/master of the F/V ROJIMAR II, Plaintiff furnished diesel fuel, lube oil, and other associated petroleum products to such Defendant vessel.  Plaintiff delivered to the owner/master of such vessel its statements for the aforementioned fuel and associated products, and after allowing all just credits and offsets, the amount of $10,014.41, including interest through June 30, 2002, remains due and owing to Plaintiff and such amount has not been paid to Plaintiff. True copies of the invoices are attached hereto as EXHIBIT E and made a part hereof for all purposes.

10)   On or about August 28, 2000, at the instance and request by the owner/master of the F/V MECOACAN II, Plaintiff furnished diesel fuel, lube oil, and other associated petroleum products to such Defendant vessel.  Plaintiff delivered to the owner/master of such vessel its statements for

the aforementioned fuel and associated products, and after allowing all just credits and offsets, the amount of $12,880.04, including interest through June 30, 2002, remains due and owing to Plaintiff and such amount has not been paid to Plaintiff. True copies of the invoices are attached hereto as EXHIBIT F and made a part hereof for all purposes.

11)     Beginning on or about June 13, 2001 and continuing thru  August 24, 2001, at the instance and request by the owner/master of the F/V DONOSTI III, Plaintiff furnished diesel fuel, lube oil, and other associated petroleum products to such Defendant vessel.  Plaintiff delivered to the owner/master of such vessel its statements for the aforementioned fuel and associated products, and after allowing all just credits and offsets, the amount of $8,827.48, excluding interest, remains due and owing to Plaintiff and such amount has not been paid to Plaintiff. True copies of the invoices are attached hereto as EXHIBIT G and made a part hereof for all purposes.

12)   On or about June 19,2001, at the instance and request by the owner/master of the F/V DONOSTI IV, Plaintiff furnished diesel fuel, lube oil, and other associated petroleum products to such Defendant vessel.  Plaintiff delivered to the owner/master of such vessel its statements for the aforementioned fuel and associated products, and after allowing all just credits and offsets, the amount of $24,178.72, excluding interest, remains due and owing to Plaintiff and such amount has not been paid to Plaintiff. True copies of the invoices are attached hereto as EXHIBIT H and made a part hereof for all purposes.

13)   On or about June 14, 2001, at the instance and request by the owner/master of the F/V DONOSTI V, Plaintiff furnished diesel fuel, lube oil, and other associated petroleum products to such Defendant vessel.  Plaintiff delivered to the owner/master of such vessel its statements for the aforementioned fuel and associated products, and after allowing all just credits and offsets, the

amount of $19,310.37, excluding interest, remains due and owing to Plaintiff and such amount has not been paid to Plaintiff. True copies of the invoices are attached hereto as EXHIBIT I and made a part hereof for all purposes.

14)    Beginning on or about August 15,2001, Plaintiff, at the instance and request by the owner/master of the F/V EASO I, Plaintiff furnished diesel fuel, lube oil, and other associated petroleum products to such Defendant vessel.  Plaintiff delivered to the owner/master of such vessel its statements for the aforementioned fuel and associated products, and after allowing all just credits and offsets, the amount of $8,311.28, excluding interest, remains due and owing to Plaintiff and such amount has not been paid to Plaintiff. True copies of the invoices are attached hereto as EXHIBIT J and made a part hereof for all purposes.

15)    On or about June 18, 2001, at the instance and request by the owner/master of the F/V EASO II, Plaintiff furnished diesel fuel, lube oil, and other associated petroleum products to such Defendant vessel.  Plaintiff delivered to the owner/master of such vessel its statements for the aforementioned fuel and associated products, and after allowing all just credits and offsets, the amount of $16,462.73, excluding interest, remains due and owing to Plaintiff and such amount has not been paid to Plaintiff. True copies of the invoices are attached hereto as EXHIBIT K and made a part hereof for all purposes.

16)    On or about June 19,2001, and on subsequent dates, at the instance and request by the owner/master of the F/V EASO IV, Plaintiff furnished diesel fuel, lube oil, and other associated petroleum products to such Defendant vessel. Plaintiff delivered to the owner/master of such vessel its statements for the aforementioned fuel and associated products, and after allowing all just credits and offsets, the amount of $11,045.47, excluding interest, remains due and owing to Plaintiff and

such amount has not been paid to Plaintiff. True copies of the invoices are attached hereto as EXHIBIT L and made a part hereof for all purposes.

17)     Beginning on or about July 31, 2001 and continuing through September 11, 2001, Plaintiff, at the instance and request by the owner/master of the F/V PORTHOS II, Plaintiff furnished diesel fuel, lube oil, and other associated petroleum products to such Defendant vessel. Plaintiff delivered to the owner/master of such vessel its statements for the aforementioned fuel and associated products, and after allowing all just credits and offsets, the amount of $5,607.56, including interest through June 30, 2002, remains due and owing to Plaintiff and such amount has not been paid to Plaintiff. True copies of the invoices are attached hereto as EXHIBIT M and made a part hereof for all purposes.

18)     On or about July 31, 2001, and on subsequent dates, at the instance and request by the owner/master of the F/V VILUJO I, Plaintiff furnished diesel fuel, lube oil, and other associated petroleum products to such Defendant vessel. Plaintiff delivered to the owner/master of such vessel its statements for the aforementioned fuel and associated products, and after allowing all just credits and offsets, the amount of $1,205.74, including interest through June 30, 2002, remains due and owing to Plaintiff and such amount has not been paid to Plaintiff. True copies of the invoices are attached hereto as EXHIBIT N and made a part hereof for all purposes.

19)     On or about July 31, 2001, and on subsequent dates, at the instance and request by the owner/master of the F/V PORTHOS I, Plaintiff furnished diesel fuel, lube oil, and other associated petroleum products to such Defendant vessel. Plaintiff delivered to the owner/master of such vessel its statements for the aforementioned fuel and associated products, and after allowing all just credits and offsets, the amount of $9,773.59, including interest through June 30, 2002, remains due and

owing to Plaintiff and such amount has not been paid to Plaintiff. True copies of the invoices are attached hereto as EXHIBIT O and made a part hereof for all purposes.

20)    On or about September 27, 2000, at the instance and request by the owner/master of the F/V PONY CHIEF, Plaintiff furnished diesel fuel, lube oil, and other associated petroleum products to such Defendant vessel.  Plaintiff delivered to the owner/master of such vessel its statements for the aforementioned fuel and associated products, and after allowing all just credits and offsets, the amount of $11,295.33, including interest through June 30, 2002, remains due and owing to Plaintiff and such amount has not been paid to Plaintiff. True copies of the invoices are attached hereto as EXHIBIT P and made a part hereof for all purposes.

21)    On or about November 2, 1999, at the instance and request by the owner/master of the F/V ALHAMBRA II, Plaintiff furnished diesel fuel, lube oil, and other associated petroleum products to such Defendant vessel. Plaintiff delivered to the owner/master of such vessel its statements for the aforementioned fuel and associated products, and after allowing all just credits and offsets, the amount of $16,463.71, including interest through June 30, 2002, remains due and owing to Plaintiff and such amount has not been paid to Plaintiff. True copies of the invoices are attached hereto as EXHIBIT Q and made a part hereof for all purposes.

22)    On or about February 24,1999, and on subsequent dates, at the instance and request by the owner/master of the F/V DON CEFE, Plaintiff furnished diesel fuel, lube oil, and other associated petroleum products to such Defendant vessel. Plaintiff delivered to the owner/master of such vessel its statements for the aforementioned fuel and associated products, and after allowing all just credits and offsets, the amount of $15,482.58, including interest through June 30, 2002,

remains due and owing to Plaintiff and such amount has not been paid to Plaintiff. True copies of the invoices are attached hereto as EXHIBIT R and made a part hereof for all purposes.

23)    Beginning on or about October 19, 1998 and continuing through January 21, 1999, at the instance and request by the owner/master of the F/V DON JUAN, Plaintiff furnished diesel fuel, lube oil, and other associated petroleum products to such Defendant vessel. Plaintiff delivered to the owner/master of such vessel its statements for the aforementioned fuel and associated products, and after allowing all just credits and offsets, the amount of $5,222.15, including interest through June 30, 2002, remains due and owing to Plaintiff and such amount has not been paid to Plaintiff. True copies of the invoices are attached hereto as EXHIBIT S and made a part hereof for all purposes.

24)    Beginning on or about October 23, 1998 and continuing through January 15, 1999, at the instance and request by the owner/master of the F/V ANDRES GARCIA, Plaintiff furnished diesel fuel, lube oil, and other associated petroleum products to such Defendant vessel. Plaintiff delivered to the owner/master of such vessel its statements for the aforementioned fuel and associated products, and after allowing all just credits and offsets, the amount of $4,337.09, including interest through June 30, 2002, remains due and owing to Plaintiff and such amount has not been paid to Plaintiff. True copies of the invoices are attached hereto as EXHIBIT T and made a part hereof for all purposes.

25)    On or about November 23, 1998, and on subsequent dates, at the instance and request by the owner/master of the F/V TAURO, Plaintiff furnished diesel fuel, lube oil, and other associated petroleum products to such Defendant vessel. Plaintiff delivered to the owner/master of such vessel its statements for the aforementioned fuel and associated products, and after allowing all just credits

and offsets, the amount of $15,861.20, including interest through June 30, 2002, remains due and owing to Plaintiff and such amount has not been paid to Plaintiff. True copies of the invoices are attached hereto as EXHIBIT U and made a part hereof for all purposes.

26)     On or about February 1, 2000, at the instance and request by the owner/master of the F/V KUKULKAN XIV, Plaintiff furnished diesel fuel, lube oil, and other associated petroleum products to such Defendant vessel.  Plaintiff delivered to the owner/master of such vessel its statements for the aforementioned fuel and associated products, and after allowing all just credits and offsets, the amount of $13,941.66, including interest through June 30, 2002, remains due and owing to Plaintiff and such amount has not been paid to Plaintiff. True copies of the invoices are attached hereto as EXHIBIT V and made a part hereof for all purposes.

27)     On or about January 18, 2000, at the instance and request by the owner/master of the F/V MARQUEZ VI, Plaintiff furnished diesel fuel, lube oil, and other associated petroleum products to such Defendant vessel. Plaintiff delivered to the owner/master of such vessel its statements for the aforementioned fuel and associated products, and after allowing all just credits and offsets, the amount of $12, 805.53, including interest through August 1,2001, remains due and owing to Plaintiff and such amount has not been paid to Plaintiff.  True copies of the invoices are attached hereto as EXHIBIT W and made a part hereof for all purposes.

28)     On or about October 6, 2000, at the instance and request by the owner/master of the F/V LULU, Plaintiff furnished diesel fuel, lube oil, and other associated petroleum products to such Defendant vessel. Plaintiff delivered to the owner/master of such vessel its statements for the aforementioned fuel and associated products, and after allowing all just credits and offsets, the amount of $8,750.71, including interest through June 30, 2002, remains due and owing to Plaintiff

and such amount has not been paid to Plaintiff. True copies of the invoices are attached hereto as EXHIBIT X and made a part hereof for all purposes.

29)     On or about January 19, 2001, at the instance and request by the owner/master of the F/V FIPESCO 79, Plaintiff furnished diesel fuel, lube oil, and other associated petroleum products to such Defendant vessel. Plaintiff delivered to the owner/master of such vessel its statements for the aforementioned fuel and associated products, and after allowing all just credits and offsets, the amount of $11,162.36, including interest through June 30, 2002, remains due and owing to Plaintiff and such amount has not been paid to Plaintiff. True copies of the invoices are attached hereto as EXHIBIT Y and made a part hereof for all purposes.

30)     On or about September 11, 2000, at the instance and request by the owner/master of the F/V CAPITAN LALO, Plaintiff furnished diesel fuel, lube oil, and other associated petroleum products to such Defendant vessel. Plaintiff delivered to the owner/master of such vessel its statements for the aforementioned fuel and associated products, and after allowing all just credits and offsets, the amount of $5,195.94, including interest through June 30,2002, remains due and owing to Plaintiff and such amount has not been paid to Plaintiff. True copies of the invoices are attached hereto as EXHIBIT Z and made a part hereof for all purposes.

31)     On or about October 9, 1999, and on a subsequent date, at the instance and request by the owner/master of the F/V SAN ANTONIO II, Plaintiff furnished diesel fuel, lube oil, and other associated petroleum products to such Defendant vessel. Plaintiff delivered to the owner/master of such vessel its statements for the aforementioned fuel and associated products, and after allowing all just credits and offsets, the amount of $16, 610.73, including interest through June 30, 2002,

remains due and owing to Plaintiff and such amount has not been paid to Plaintiff. True copies of the invoices are attached hereto as EXHIBIT AA and made a part hereof for all purposes.

32)    On or about August 3, 2001, at the instance and request by the owner/master of the F/V FIPESCO 137, Plaintiff furnished diesel fuel, lube oil, and other associated petroleum products to such Defendant vessel. Plaintiff delivered to the owner/master of such vessel its statements for the aforementioned fuel and associated products, and after allowing all just credits and offsets, the amount of $3,154.50, including interest through June 30, 2002, remains due and owing to Plaintiff and such amount has not been paid to Plaintiff. True copies of the invoices are attached hereto as EXHIBIT BB and made a part hereof for all purposes.

33)    On or about August 3, 2001, at the instance and request by the owner/master of the F/V FENICIO V, Plaintiff furnished diesel fuel, lube oil, and other associated petroleum products to such Defendant vessel. Plaintiff delivered to the owner/master of such vessel its statements for the aforementioned fuel and associated products, and after allowing all just credits and offsets, the amount of $5,548.20, including interest through June 30, 2002, remains due and owing to Plaintiff and such amount has not been paid to Plaintiff. True copies of the invoices are attached hereto as EXHIBIT CC and made a part hereof for all purposes.

34)    On or about August 18, 2001, at the instance and request by the owner/master of the F/V FIPESCO 93, Plaintiff furnished diesel fuel, lube oil, and other associated petroleum products to such Defendant vessel. Plaintiff delivered to the owner/master of such vessel its statements for the aforementioned fuel and associated products, and after allowing all just credits and offsets, the amount of $10,262.70, including interest through June 30, 2002, remains due and owing to Plaintiff

and such amount has not been paid to Plaintiff. True copies of the invoices are attached hereto as EXHIBIT DD and made a part hereof for all purposes.

35)    On or about August 20, 2001, at the instance and request by the owner/master of the F/V MARQUEZ III, Plaintiff furnished diesel fuel, lube oil, and other associated petroleum products to such Defendant vessel. Plaintiff delivered to the owner/master of such vessel its statements for the aforementioned fuel and associated products, and after allowing all just credits and offsets, the amount of $13, 869.59, including interest through June 30, 2002, remains due and owing to Plaintiff and such amount has not been paid to Plaintiff. True copies of the invoices are attached hereto as EXHIBIT EE and made a part hereof for all purposes.

36)    On or about August 18, 2001, at the instance and request by the owner/master of the F/V EDWARD, Plaintiff furnished diesel fuel, lube oil, and other associated petroleum products to such Defendant vessel. Plaintiff delivered to the owner/master of such vessel its statements for the aforementioned fuel and associated products, and after allowing all just credits and offsets, the amount of $14,188.19, including interest through June 30, 2002, remains due and owing to Plaintiff and such amount has not been paid to Plaintiff. True copies of the invoices are attached hereto as EXHIBIT FF and made a part hereof for all purposes.

37)    On or about August 9, 2001, at the instance and request by the owner/master of the F/V CONCORDIA I, Plaintiff furnished diesel fuel, lube oil, and other associated petroleum products to such Defendant vessel. Plaintiff delivered to the owner/master of such vessel its statements for the aforementioned fuel and associated products, and after allowing all just credits and offsets, the amount of $ 217.81, including interest through June 30, 2002, remains due and owing

to Plaintiff and such amount has not been paid to Plaintiff. True copies of the invoices are attached hereto as EXHIBIT GG and made a part hereof for all purposes.

38)    On or about August 13, 2001, at the instance and request by the owner/master of the F/V DON ALVARO III, Plaintiff furnished diesel fuel, lube oil, and other associated petroleum products to such Defendant vessel. Plaintiff delivered to the owner/master of such vessel its statements for the aforementioned fuel and associated products, and after allowing all just credits and offsets, the amount of $ 6,264.34, including interest through June 30, 2002, remains due and owing to Plaintiff and such amount has not been paid to Plaintiff. True copies of the invoices are attached hereto as EXHIBIT HH and made a part hereof for all purposes.

39)    On or about August 13, 2001, at the instance and request by the owner/master of the F/V CAMARONERA VII, Plaintiff furnished diesel fuel, lube oil, and other associated petroleum products to such Defendant vessel. Plaintiff delivered to the owner/master of such vessel its statements for the aforementioned fuel and associated products, and after allowing all just credits and offsets, the amount of $ 6,531.94, including interest through June 30, 2002, remains due and owing to Plaintiff and such amount has not been paid to Plaintiff. True copies of the invoices are attached hereto as EXHIBIT II and made a part hereof for all purposes.

40)    On or about October 12, 2001, at the instance and request by the owner/master of the F/V APOLO, Plaintiff furnished diesel fuel, lube oil, and other associated petroleum products to such Defendant vessel. Plaintiff delivered to the owner/master of such vessel its statements for the aforementioned fuel and associated products, and after allowing all just credits and offsets, the amount of $ 5,949.40, including interest through June 30, 2002, remains due and owing to Plaintiff

and such amount has not been paid to Plaintiff. True copies of the invoices are attached hereto as EXHIBIT JJ and made a part hereof for all purposes.

41)    On or about August 17, 2001, at the instance and request by the owner/master of the F/V MONICA III, Plaintiff furnished diesel fuel, lube oil, and other associated petroleum products to such Defendant vessel. Plaintiff delivered to the owner/master of such vessel its statements for the aforementioned fuel and associated products, and after allowing all just credits and offsets, the amount of $19, 501.96, including interest through June 30, 2002, remains due and owing to Plaintiff and such amount has not been paid to Plaintiff. True copies of the invoices are attached hereto as EXHIBIT KK and made a part hereof for all purposes.

42)    On or about August 17, 2001, at the instance and request by the owner/master of the F/V DON ALVARO IV, Plaintiff furnished diesel fuel, lube oil, and other associated petroleum products to such Defendant vessel. Plaintiff delivered to the owner/master of such vessel its statements for the aforementioned fuel and associated products, and after allowing all just credits and offsets, the amount of $10, 975.95, including interest through June 30, 2002, remains due and owing to Plaintiff and such amount has not been paid to Plaintiff. True copies of the invoices are attached hereto as EXHIBIT LL and made a part hereof for all purposes.

43)    On or about October 12, 2001, at the instance and request by the owner/master of the F/V MONICA II, Plaintiff furnished diesel fuel, lube oil, and other associated petroleum products to such Defendant vessel. Plaintiff delivered to the owner/master of such vessel its statements for the aforementioned fuel and associated products, and after allowing all just credits and offsets, the amount of $ 8,780.99, including interest through June 30, 2002, remains due and owing to Plaintiff

and such amount has not been paid to Plaintiff.  True copies of the invoices are attached hereto as EXHIBIT MM and made a part hereof for all purposes.

44)    On or about December 13, 2001, and on subsequent dates,  at the instance and request by the owner/master of the F/V LAGUNA DE PANLAO IX, Plaintiff furnished diesel fuel, lube oil, and other associated petroleum products to such Defendant vessel. Plaintiff delivered to the owner/master of such vessel its statements for the aforementioned fuel and associated products, and after allowing all just credits and offsets, the amount of $ 16,030.18, including interest through June 30, 2002, remains due and owing to Plaintiff and such amount has not been paid to Plaintiff.  True copies of the invoices are attached hereto as EXHIBIT NN and made a part hereof for all purposes.

45)    Plaintiff has and claims a maritime lien against each of the above-named vessels in the respective amounts set forth above, the principal amount of which claims shall continue to accrue on each account until paid, and/or until any proceeds shall be derived from the sale by the United States Marshal of any of the subject vessels.

46)    Plaintiff has made claim upon the in rem defendants and has requested that such accounts be paid.  Despite due demand, the Defendants have failed to pay the accounts and Plaintiff is entitled to judgment against such Defendants for the amounts set forth above.

IV.

ATTORNEYS' FEES

47)  Plaintiff would further show the court that by reason of the Defendants' willful and wrongful refusal to pay said just amount, Plaintiff has been required to retain the services of the undersigned attorney and is entitled to recoup reasonable attorney's fees in connection with the collection of said accounts.

## PRAYER

WHEREFORE, PREMISES CONSIDERED, Plaintiff prays:

A.      that process in due form of law be issued against the Defendant vessels, their engines, tackle, apparel, etc. and all other necessaries thereunto belonging and appertaining, *in rem*, and that any person claiming any right, title or interest in said Vessels be cited to appear and answer this Complaint;

B.      Plaintiff have judgment against the Defendant vessels and that Plaintiffs maritime lien against such vessels according to law and that the proceeds from the sale of such vessels be applied to the debt owed to Plaintiff;

C.      that Plaintiff have pre- and post-judgment interest as provided by law and costs of suit;

D.      that Plaintiff have such other and further relief to which it may be justly entitled.

Respectfully submitted,

By: _____

Dennis Sanchez
SBN: 17569600
Fed. ID: 1594
CCBN:   2004

SANCHEZ, WHITTINGTON, JANIS
& ZABARTE, L.L.P.
100 North Expressway 83
Brownsville, TX 78521-2284
(956) 546-3731 - Telephone
(956) 546-3765 or 546-3766 - Fax

ATTORNEYS FOR PLAINTIFF

<u>VERIFICATION</u>

THE STATE OF TEXAS   §

COUNTY OF CAMERON  §

  BEFORE ME, the undersigned authority, on this day personally
appeared DAVID EYMARD, in his capacity as President of VALLEY ICE & FUEL CO., INC.,
who, being by me first duly sworn, deposed and said:

  1.  My name is David Eymard. I am the President of VALLEY ICE & FUEL CO., INC.,
    Plaintiff in the above-entitled and numbered action. I have read the foregoing
    Complaint and the contents thereof are true and correct to the best of my own
    personal knowledge and belief.

FURTHER AFFIANT SAITH NOT.

           _____

           DAVID EYMARD, President
           VALLEY ICE & FUEL CO., INC.

  SWORN TO AND SUBSCRIBED BEFORE ME by the said DAVID EYMARD, in his
capacity as President of VALLEY ICE & FUEL CO., INC., TO CERTIFY WHICH witness my hand
and seal of office this _8th_ day of July, 2002.

           Notary Public, State of Texas

# EXHIBIT A

VALLEY ICE & FUEL CO., INC.
D.B.A. VALLEY LUBRICANTS
HC 70, BOX 14
BROWNSVILLE, TEXAS 78521
TEL:(956) 831-4123  -  FAX:(956) 831-7860

- ESTADO DE CUENTA -

AMADO GARCIA JIMENEZ
TAMPICO, TAM., MEXICO
TEL:011-52-12-780781 & 165666
FAX:011-52-12-170389

| BARCO | FECHA | FACTURA | TOTAL |
|-------|-------|---------|-------|
| 15 DE OCTUBRE I | 09-08-99 | 3255 | $ 4,655.73 |
| | 10-28-99 | 4213 | 6,856.77 |
| | 10-31-99 | INTEREST | 118.31 |
| | 11-30-99 | INTEREST | 165.59 |
| | 12-28-99 | PAYMENT | 2,700.00- |
| | 12-31-99 | INTEREST | 135.20 |
| | 01-31-00 | INTEREST | 135.20 |
| | 02-29-00 | INTEREST | 126.48 |
| | 03-31-00 | INTEREST | 135.20 |
| | 04-30-00 | INTEREST | 130.84 |
| | 05-31-00 | INTEREST | 135.20 |
| | 06-30-00 | INTEREST | 130.84 |
| | 07-31-00 | INTEREST | 135.20 |
| | 08-17-00 | PAGADO | 374.71- |
| | 08-31-00 | INTEREST | 135.20 |
| | 09-30-00 | INTEREST | 130.84 |
| | 10-31-00 | INTEREST | 135.20 |
| | 11-30-00 | INTEREST | 130.84 |
| | 12-31-00 | INTEREST | 135.20 |
| | 01-31-01 | INTEREST | 135.20 |
| | 02-28-01 | INTEREST | 122.12 |
| | 03-31-01 | INTEREST | 135.20 |
| | 04-30-01 | INTEREST | 130.84 |
| | 05-31-01 | INTEREST | 135.20 |
| | 06-30-01 | INTEREST | 130.84 |
| | 07-31-01 | INTEREST | 135.20 |
| | 08-31-01 | INTEREST | 135.20 |
| | 09-30-01 | INTEREST | 130.84 |
| | 10-31-01 | INTEREST | 135.20 |
| | 11-30-01 | INTEREST | 130.84 |
| | 12-31-01 | INTEREST | 135.20 |
| | 01-31-02 | INTEREST | 135.20 |
| | 02-28-02 | INTEREST | 122.12 |
| | 03-31-02 | INTEREST | 135.20 |
| | 04-30-02 | INTEREST | 130.84 |
| | 05-31-02 | INTEREST | 135.20 |
| | 06-30-02 | INTEREST | 130.84 |

$ 12,834.41

**VALLEY ICE & FUEL CO., INC.**
**VALLEY LUBRICANTS**
HC-70, Box 14
Brownsville, TX  78521

Phone:     (956) 831-4123
Fax        (956) 831-7860

Invoice

Invoice Number

3255

Invoice Date:

Sep 8, 1999

Page:

1

Duplicate

Sold To:
　　M/V 15 DE OCTUBRE I MEXICAN
　　HERIBERTO JARA #1080
　　TAMPICO, TAMP., MX

Ship to

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| GA1OC1 | | Net 30 Days | |
| Sales Rep ID | Shipping Method | Ship Date | Due Date |
| - | Cust. Pickup | 9/8/99 | 10/8/99 |

| Quantity | UNIT | Description | Unit Price | Extension |
|---|---|---|---|---|
| 6,132.00 | GALLON | DIESEL/HS/OFF ROAD | 0.7000 | 4,292.40 |
| 1.00 | EACH | THROW HOOK | 16.7700 | 16.77 |
| 1.00 | EACH | RAINSUIT EXTRA LARGE | 14.3900 | 14.39 |
| 84.00 | GALLON | PERFORMANCE SERIES 40W/BG | 3 7000 | 310.80 |
| 84.00 | | SALE ORDER# 00856 | | |

|  |  |
|---|---|
| Subtotal | 4,634.36 |
| Sales Tax | 21.37 |
| Total Invoice Amount | 4,655.73 |
| Payment Received | 0 00 |
| TOTAL | 0.00 |

Check No    Multiple

PAYMENT FOR THE ABOVE DELIVERED MERCHANDISE IS DUE IN FULL NO LATER THAN 30 DAYS AFTER THE DELIVERY DATE  ALL PAST
DUE AMOUNTS WILL ACCRUE INTEREST AT THE RATE OF 1 1/2 PERCENT PER MONTH OR THE MAXIMUM ALLOWED BY LAW

**Debo y Pagare incondicionalmente a la orden de VALLEY ICE & FUEL CO., INC., o**
**al Sr. David E. Eymard, el dia _____ en**
**_____ la cantidad de $_____,**
**_____ Dolares de Estados Unidos de**
**Norteamerica, valor recibido a mi entera satisfaccion.**
**_____, Capitan o Patron de la embarcacion**
**_____ propiedad de _____.**
**_____**
**　　　( firma )**

**VALLEY ICE & FUEL CO., INC.**
**VALLEY LUBRICANTS**
HC-70, Box 14
Brownsville, TX 78521

Phone:　　(956) 831-4123
Fax　　　(956) 831-7860

Duplicate

| | |
|---|---|
| Invoice | |
| Invoice Number | 4213 |
| Invoice Date | Oct 28, 1999 |
| Page | 1 |

Sold To:

M/V 15 DE OCTUBRE I MEXICAN
HERIBERTO JARA #1080
TAMPICO, TAMP., MX

Ship to:

| Customer ID | | Customer PO | | Payment Terms | |
|---|---|---|---|---|---|
| GA1OC1 | | | | Net 30 Days | |
| Sales Rep ID | | Shipping Method | | Ship Date | Due Date |
| | | Cust. Pickup | | 10/28/99 | 11/27/99 |

| Quantity | UNIT | Description | Unit Price | Extension |
|---|---|---|---|---|
| 8,879.00 | GALLON | DIESEL/HS/OFF ROAD | 0.7200 | 6,392.88 |
| 118.00 | GALLON | PERFORMANCE SERIES 40W/8G | 3.7000 | 436.60 |
| | | SALE ORDER# 1578 | | |

| | |
|---|---|
| Subtotal | 6,829.48 |
| Sales Tax | 27.29 |
| Total Invoice Amount | 6,856.77 |
| Payment Received | 0.00 |
| TOTAL | 0.00 |

Check No:　W/O 1999-15

PAYMENT FOR THE ABOVE DELIVERED MERCHANDISE IS DUE IN FULL NO LATER THAN 30 DAYS AFTER THE DELIVERY DATE  ALL PAST
DUE AMOUNTS WILL ACCRUE  INTEREST AT THE RATE OF 1 1/2 PERCENT PER MONTH OR THE MAXIMUM ALLOWED BY LAW

**Debo  y  Pagare incondicionalmente a la orden de  VALLEY ICE  &  FUEL  CO.,  INC., o**
**al  Sr.  David  E.  Eymard,  el  dia** _____  **en**
_____  la cantidad de  $ _____,
_____  Dolares de Estados Unidos  de
**Norteamerica,  valor  recibido  a  mi  entera  satisfaccion.** _____
_____  Capitan o Patron de la embarcacion
_____ propiedad de  _____.
_____
　　　**( firma )**

# EXHIBIT B

| ESPERANZA V | 11-08-99 | 4426 | $ 7,347.94 |
|---|---|---|---|
| | 12-14-99 | 4955 | 7,131.84 |
| | 12-31-99 | INTEREST | 186.72 |
| | 01-31-00 | INTEREST | 215.21 |
| | 02-29-00 | INTEREST | 201.33 |
| | 03-31-00 | INTERSET | 215.21 |
| | 04-30-00 | INTEREST | 208.27 |
| | 05-31-00 | INTEREST | 215.21 |
| | 06-30-00 | INTEREST | 208.27 |
| | 07-31-00 | INTEREST | 215.21 |
| | 08-31-00 | INTEREST | 215.21 |
| | 09-30-00 | INTEREST | 208.27 |
| | 10-31-00 | INTEREST | 215.21 |
| | 11-30-00 | INTEREST | 208.27 |
| | 12-31-00 | INTEREST | 215.21 |
| | 01-31-01 | INTEREST | 215.21 |
| | 02-28-01 | INTEREST | 194.39 |
| | 03-31-01 | INTEREST | 215.21 |
| | 04-30-01 | INTEREST | 208.27 |
| | 05-31-01 | INTEREST | 215.21 |
| | 06-30-01 | INTEREST | 208.27 |
| | 07-31-01 | INTEREST | 215.21 |
| | 08-31-01 | INTEREST | 215.21 |
| | 09-30-01 | INTEREST | 208.27 |
| | 10-31-01 | INTEREST | 215.21 |
| | 11-30-01 | INTEREST | 208.27 |
| | 12-31-01 | INTEREST | 215.21 |
| | 01-31-02 | INTEREST | 215.21 |
| | 02-28-02 | INTEREST | 194.39 |
| | 03-31-02 | INTEREST | 215.21 |
| | 04-30-02 | INTEREST | 208.27 |
| | 05-31-02 | INTEREST | 215.21 |
| | 06-30-02 | INTEREST | 208.27 |
| | | | --------- |
| | | | $ 20,997.88 |

**VALLEY ICE & FUEL CO., INC.**
**VALLEY LUBRICANTS**
HC-70, Box 14
Brownsville, TX 78521

Phone:     (956) 831-4123
Fax        (956) 831-7860

Invoice

Invoice Number
4426

Invoice Date.
Nov 8, 1999

Page
1

Duplicate

**Sold To:**
M/V ESPERANZA V MEXICAN BOAT
AMADO GARCIA J.

Ship to

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| GA1ES5 | | Net 30 Days |

| Sales Rep ID | Shipping Method | Ship Date | Due Date |
|---|---|---|---|
| | Cust. Pickup | 11/8/99 | 12/8/99 |

| Quantity | UNIT | Description | Unit Price | Extension |
|---|---|---|---|---|
| 9,395.00 | GALLON | DIESEL/HS/OFF ROAD | 0.7250 | 6,811.38 |
| 20.00 | PAIL | PERFORMANCE SERIES 40 W/P05 | 25.2500 | 505 00 |
| | | SALE ORDER# 1728 | | |

| | |
|---|---|
| Subtotal | 7,316.38 |
| Sales Tax | 31.56 |
| Total Invoice Amount | 7,347.94 |
| Payment Received | 0.00 |
| TOTAL | 0.00 |

Check No    W/O 1999-14

PAYMENT FOR THE ABOVE DELIVERED MERCHANDISE IS DUE IN FULL NO LATER THAN 30 DAYS AFTER THE DELIVERY DATE  ALL PAST
DUE AMOUNTS WILL ACCRUE INTEREST AT THE RATE OF 1 1/2 PERCENT PER MONTH OR THE MAXIMUM ALLOWED BY LAW

Debo  y  Pagare  incondicionalmente  a  la  orden  de  VALLEY  ICE  &  FUEL  CO.,  INC., o
al  Sr.  David  E.  Eymard,  el  dia _____ en
_____ la cantidad de $_____,
_____ Dolares de Estados Unidos  de
Norteamerica,  valor  recibido  a  mi  entera  satisfaccion.
_____, Capitan o Patron de la embarcacion
_____propiedad de _____
_____
        ( firma )

**VALLEY ICE & FUEL CO., INC.**
**VALLEY LUBRICANTS**
HC-70, Box 14
Brownsville, TX 78521

Phone:    (956) 831-4123
Fax       (956) 831-7860

Invoice

Invoice Number
4955

Invoice Date
Dec 14, 1999

Page
1

Duplicate

Sold To:
    M/V ESPERANZA V MEXICAN BOAT
    AMADO GARCIA J.

Ship to:

| Customer ID | | Customer PO | Payment Terms | |
|---|---|---|---|---|
| GA1ES5 | | | Net 30 Days | |
| Sales Rep ID | | Shipping Method | Ship Date | Due Date |
| | | Cust. Pickup | 12/14/99 | 1/13/00 |
| Quantity | UNIT | Description | Unit Price | Extension |
| 9,384.00 | GALLON | DIESEL/HS/OFF ROAD SALE ORDER# 2104 | 0.7600 | 7,131.84 |

| | |
|---|---|
| Subtotal | 7,131.84 |
| Sales Tax | |
| Total Invoice Amount | 7,131.84 |
| Payment Received | 0.00 |
| TOTAL | 0.00 |

Check No    W/O 1999-14

PAYMENT FOR THE ABOVE DELIVERED MERCHANDISE IS DUE IN FULL NO LATER THAN 30 DAYS AFTER THE DELIVERY DATE. ALL PAST DUE AMOUNTS WILL ACCRUE INTEREST AT THE RATE OF 1 1/2 PERCENT PER MONTH OR THE MAXIMUM ALLOWED BY LAW

**Debo y Pagare incondicionalmente a la orden de VALLEY ICE & FUEL CO., INC., o al Sr. David E. Eymard, el dia _____ en _____ la cantidad de $_____, _____ Dolares de Estados Unidos de Norteamerica, valor recibido a mi entera satisfaccion. _____, Capitan o Patron de la embarcacion _____ propiedad de _____.**

**_____**
**( firma )**

# EXHIBIT C

| CAMARONES DEL | 11-08-99 | 4427 | $ 6,152.38 |
| GOLFO XII | 12-31-99 | INTEREST | 156.34 |
| | 01-31-00 | INTEREST | 91.44 |
| | 02-29-00 | INTEREST | 85.54 |
| | 03-31-00 | INTEREST | 91.44 |
| | 04-30-00 | INTEREST | 88.49 |
| | 05-31-00 | INTEREST | 91.44 |
| | 06-30-00 | INTEREST | 88.49 |
| | 07-31-00 | INTEREST | 91.44 |
| | 08-31-00 | INTEREST | 91.44 |
| | 09-30-00 | INTEREST | 88.49 |
| | 10-31-00 | INTEREST | 91.44 |
| | 11-30-00 | INTEREST | 88.49 |
| | 12-31-00 | INTEREST | 91.44 |
| | 01-31-01 | INTEREST | 91.44 |
| | 02-28-01 | INTEREST | 82.59 |
| | 03-31-01 | INTEREST | 91.44 |
| | 04-30-01 | INTEREST | 88.49 |
| | 05-31-01 | INTEREST | 91.44 |
| | 06-30-01 | INTEREST | 88.49 |
| | 07-31-01 | INTEREST | 91.44 |
| | 08-31-01 | INTEREST | 91.44 |
| | 09-30-01 | INTEREST | 88.49 |
| | 10-31-01 | INTEREST | 91.44 |
| | 11-30-01 | INTEREST | 88.49 |
| | 12-31-01 | INTEREST | 91.44 |
| | 01-31-02 | INTEREST | 91.44 |
| | 02-28-02 | INTEREST | 82.59 |
| | 03-31-02 | INTEREST | 91.44 |
| | 04-30-02 | INTEREST | 88.49 |
| | 05-31-02 | INTEREST | 91.44 |
| | 06-30-02 | INTEREST | 88.49 |

--------

$ 8,998.82

--------

**VALLEY ICE & FUEL CO., INC.**
**VALLEY LUBRICANTS**
HC-70, Box 14
Brownsville, TX  78521

Phone:     (956) 831-4123
Fax        (956) 831-7860

Invoice

Invoice Number
4427

Invoice Date
Nov 8, 1999

Page
1

Duplicate

Sold To:                                    Ship to
  M/V CAMARONES DEL GOLFO XII
  AMADO GARCIA J.

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| GA1C12 | | Net 30 Days |

| Sales Rep ID | Shipping Method | Ship Date | Due Date |
|---|---|---|---|
| | Cust. Pickup | 11/8/99 | 12/8/99 |

| Quantity | UNIT | Description | Unit Price | Extension |
|---|---|---|---|---|
| 8,116.00 | GALLON | DIESEL/HS/OFF ROAD | 0.7250 | 5,884.10 |
| 10.00 | PAIL | PERFORMANCE SERIES 40 W/P05 | 25.2500 | 252.50 |
| | | SALE ORDER# 1729 | | |

| | |
|---|---|
| Subtotal | 6,136.60 |
| Sales Tax | 15.78 |
| Total Invoice Amount | 6,152.38 |
| Payment Received | 0.00 |
| TOTAL | 0.00 |

Check No.    W/O 1999-13

PAYMENT FOR THE ABOVE DELIVERED MERCHANDISE IS DUE IN FULL NO LATER THAN 30 DAYS AFTER THE DELIVERY DATE. ALL PAST
DUE AMOUNTS WILL ACCRUE INTEREST AT THE RATE OF 1 1/2 PERCENT PER MONTH OR THE MAXIMUM ALLOWED BY LAW

**Debo  y  Pagare  incondicionalmente  a  la  orden  de  VALLEY  ICE  &  FUEL  CO.,  INC.,  o
al  Sr.  David  E.  Eymard,  el  dia** _____ **en**
_____ **la  cantidad  de  $**_____,
_____ **Dolares de Estados Unidos  de
Norteamerica,  valor  recibido  a  mi  entera  satisfaccion.**
_____ **Capitan o Patron de la embarcacion**
_____**propiedad de** _____.
_____
       **( firma )**

# EXHIBIT D

VALLEY ICE & FUEL CO., INC.
D.B.A. VALLEY LUBRICANTS
HC 70, BOX 14
BROWNSVILLE, TEXAS 78521
TEL:(956) 831-4123  -  FAX:(956) 831-7860

- ESTADO DE CUENTA -

ROBERTO E. JIMENEZ M.
CACALILAO #B 202, ESQUINA CHOAPAS
COL. PETROLERA
TAMPICO TAM., MEXICO
TEL: 011-52-12-281377

| BARCO | FECHA | FACTURA | TOTAL |
|-------|-------|---------|-------|
| ROJIMAR I | 01-15-99 | 51362 | $ 4,047.63 |
| | 02-28-99 | INTEREST | 85.37 |
| | 03-11-99 | 52124 | 4,598.63 |
| | 03-11-99 | 52128 | 45.96 |
| | 03-31-99 | INTEREST | 60.16 |
| | 04-30-99 | INTEREST | 125.03 |
| | 05-31-99 | INTEREST | 129.19 |
| | 06-30-99 | INTEREST | 125.03 |
| | 07-31-99 | INTEREST | 129.19 |
| | 08-31-99 | INTEREST | 129.19 |
| | 09-30-99 | INTEREST | 125.03 |
| | 10-31-99 | INTEREST | 129.19 |
| | 11-30-99 | INTEREST | 125.03 |
| | 12-31-99 | INTEREST | 129.19 |
| | 01-31-00 | INTEREST | 129.19 |
| | 02-29-00 | INTEREST | 120.86 |
| | 03-31-00 | INTEREST | 129.19 |
| | 04-30-00 | INTEREST | 125.03 |
| | 05-31-00 | INTEREST | 129.19 |
| | 06-30-00 | INTEREST | 125.03 |
| | 07-31-00 | INTEREST | 129.19 |
| | 08-31-00 | INTEREST | 129.19 |
| | 09-30-00 | INTEREST | 125.03 |
| | 10-31-00 | INTEREST | 129.19 |
| | 11-30-00 | INTEREST | 125.03 |
| | 12-31-00 | INTEREST | 129.19 |
| | 01-31-01 | INTEREST | 129.19 |
| | 02-28-01 | INTEREST | 116.69 |
| | 03-31-01 | INTEREST | 129.19 |
| | 04-30-01 | INTEREST | 125.03 |
| | 05-31-01 | INTEREST | 129.19 |
| | 06-30-01 | INTEREST | 125.03 |
| | 07-31-01 | INTEREST | 129.19 |
| | 08-31-01 | INTEREST | 129.19 |
| | 09-30-01 | INTEREST | 125.03 |
| | 10-31-01 | INTEREST | 129.19 |
| | 11-30-01 | INTEREST | 125.03 |
| | 12-31-01 | INTEREST | 129.19 |
| | 01-31-02 | INTEREST | 129.19 |
| | 02-28-02 | INTEREST | 116.69 |
| | 03-31-02 | INTEREST | 129.19 |

| | | |
|---|---|---|
| 04-30-02 | INTEREST | 125.03 |
| 05-31-02 | INTEREST | 129.19 |
| 06-30-02 | INTEREST | 125.03 |
| | | -------- |
| | | $ 13,784.61 |

**EXXON** **Lyondell** LUBRICANTS **() Mobil**

## VALLEY LUBRICANTS

(956) 831-4123 • Fax 831-7860 • HC70, Box 14 • Brownsville, Texas 78521

NUMBER: 51362

DATE: 1-15-99  PAGE

SOLD TO:

SHIP TO: M/v ROJIMAR I

DIVISION: Valley Ice and Fuel

| CUSTOMER NO. | ORDER NO. | ORDER DATE | SALES PERSON | DELIVERED VIA | DELIVERY DATE | CUSTOMER P.O. NO. |
|---|---|---|---|---|---|---|

| QUANTITY | UNIT | DESCRIPTION | UNIT AMOUNT | IC | AMOUNT |
|---|---|---|---|---|---|
| 8599 | Gallons | High Sulfur Diesel | .435 | | 3740 57 |
| 60 | Gallons | XD 740 | 3.70 | | 222 00 |
| 1 DRUM | EMPTY | RED | 25 00 | | 25 00 |
| | | Dyed Diesel Fuel, Nontaxable Us<br>Only, Penalty For Taxable Use | | | |
| | | Supplys # 3802s | | | 42 00 |
| 12 VS520 | 4 93504 | | | | |
| 1241144 | 1179281 | | | | |
| ~~1339787~~ | ~~466576~~ | | | | |
| 4376 | 4223 | | | | |

| | |
|---|---|
| SUB TOTAL | 4029 57 |
| SALES TAX | 18 06 |
| TOTAL DUE | $4047.63 |

NOTICE: ACCOUNTS NOT PAID WITHIN 30 DAYS WILL ACCRUE INTEREST AT THE RATE OF 1 - 1/2% PER MONTH

SERVICED / DELIVERED BY:

BY: _____

VALLEY ICE & FUEL CO. / VALLEY LUBRICANTS

ABOVE GOODS RECEIVED IN GOOD CONDITION

BY: _____

INDIVIDUAL (OWNER OR OWNER'S AGENT)

**EXXON** **Lyondell LUBRICANTS** **Mobil**

# VALLEY LUBRICANTS

(956) 831-4123 • Fax 831-7860 • HC70, Box 14 • Brownsville, Texas 78521

| NUMBER | | |
|--------|--|--|
| | | 52124 |
| DATE | | PAGE |
| 3-11-99 | | |

| DIVISION |
|----------|
| VALLEY ICE AND FUEL |

SOLD TO

SHIP TO: M/V ROJIMAR I

| CUSTOMER NO. | ORDER NO. | ORDER DATE | SALES PERSON | DELIVERED VIA | DELIVERY DATE | CUSTOMER P.O. NO. |
|---|---|---|---|---|---|---|
| | | | | | | |

| QUANTITY | UNIT | DESCRIPTION | UNIT AMOUNT | TC | AMOUNT |
|---|---|---|---|---|---|
| 9249 | GALLONS | High Sulfur Diesel | .47 | | 434703 |
| 64 | GALLONS | XD 3 40 | 3.70 | | 236.80 |

Dyed Diesel Fuel Nontaxable Use
Only, Penalty For Taxable Use

| 1598104 | 1551453 | | | | |
|---|---|---|---|---|---|
| 1593519 | 1546789 | | | | |
| 4585 | 4664 | | SUB TOTAL | | 4583.83 |
| | | | SALES TAX | | 14.80 |
| | | | TOTAL DUE | | 4598.63 |

NOTICE: ACCOUNTS NOT PAID WITHIN 30 DAYS WILL ACCRUE INTEREST AT THE RATE OF 1 - 1/2% PER MONTH

SERVICED / DELIVERED BY:          ABOVE GOODS RECEIVED IN GOOD CONDITION

BY: _E. Brush_          BY: _____

VALLEY ICE & FUEL CO. / VALLEY LUBRICANTS          INDIVIDUAL (OWNER OR OWNER'S AGENT)

**EXXON** **Lyondell** () **Mobil**

# VALLEY LUBRICANTS

(956) 831-4123 • Fax 831-7860 • HC70, Box 14 • Brownsville, Texas 78521

| NUMBER | 52128 |
| DATE | PAGE |
| 3-11-99 | |
| DIVISION | |

SOLD TO:

SHIP TO: ROJIMARI

| CUSTOMER NO | ORDER NO | ORDER DATE | SALES PERSON | DELIVERED VIA | DELIVERY DATE | CUSTOMER P.O. NO |
|---|---|---|---|---|---|---|
| | | | | | | |

| QUANTITY | UNIT | DESCRIPTION | UNIT AMOUNT | IC | AMOUNT |
|---|---|---|---|---|---|
| | | Supplin # 38185 | | | 43.26 |

|  | | | | SUB TOTAL | 43.26 |
| | | | | SALES TAX | 2.70 |
| | | | | TOTAL DUE | $45.96 |

NOTICE: ACCOUNTS NOT PAID WITHIN 30 DAYS WILL ACCRUE INTEREST AT THE RATE OF 1 - 1/2% PER MONTH

SERVICED / DELIVERED BY:                    ABOVE GOODS RECEIVED IN GOOD CONDITION

BY: _____                 BY: _____
VALLEY ICE & FUEL CO. / VALLEY LUBRICANTS          INDIVIDUAL (OWNER OR OWNER'S AGENT)

# EXHIBIT E

| ROJIMAR II | 04-28-99 | 52617    | $  1,930.87 |
|            | 04-29-99 | 52636    |    4,507.80 |
|            | 05-31-99 | INTEREST |       99.71 |
|            | 06-30-99 | INTEREST |       92.61 |
|            | 07-31-99 | INTEREST |       95.70 |
|            | 08-31-99 | INTEREST |       95.70 |
|            | 09-30-99 | INTEREST |       92.61 |
|            | 10-31-99 | INTEREST |       95.70 |
|            | 11-30-99 | INTEREST |       92.61 |
|            | 12-31-99 | INTEREST |       95.70 |
|            | 01-31-00 | INTEREST |       95.70 |
|            | 02-29-00 | INTEREST |       89.52 |
|            | 03-31-00 | INTEREST |       95.70 |
|            | 04-30-00 | INTEREST |       92.61 |
|            | 05-31-00 | INTEREST |       95.70 |
|            | 06-30-00 | INTEREST |       92.61 |
|            | 07-31-00 | INTEREST |       95.70 |
|            | 08-31-00 | INTEREST |       95.70 |
|            | 09-30-00 | INTEREST |       92.61 |
|            | 10-31-00 | INTEREST |       95.70 |
|            | 11-30-00 | INTEREST |       92.61 |
|            | 12-31-00 | INTEREST |       95.70 |
|            | 01-31-01 | INTEREST |       95.70 |
|            | 02-28-01 | INTEREST |       86.44 |
|            | 03-31-01 | INTEREST |       95.70 |
|            | 04-30-01 | INTEREST |       92.61 |
|            | 05-31-01 | INTEREST |       95.70 |
|            | 06-30-01 | INTEREST |       92.61 |
|            | 07-31-01 | INTEREST |       95.70 |
|            | 08-31-01 | INTEREST |       95.70 |
|            | 09-30-01 | INTEREST |       92.61 |
|            | 10-31-01 | INTEREST |       95.70 |
|            | 11-30-01 | INTEREST |       92.61 |
|            | 12-31-01 | INTEREST |       95.70 |
|            | 01-31-02 | INTEREST |       95.70 |
|            | 02-28-02 | INTEREST |       86.44 |
|            | 03-31-02 | INTEREST |       95.70 |
|            | 04-30-02 | INTEREST |       92.61 |
|            | 05-31-02 | INTEREST |       95.70 |
|            | 06-30-02 | INTEREST |       92.61 |
|            |          |          |    -------- |
|            |          |          | $ 10,014.41 |

EXXON  Lyondell ()  Mobil
LUBRICANTS

# VALLEY LUBRICANTS

(956) 831-4123 • Fax 831-7860 • HC70, Box 14 • Brownsville, Texas 78521

| NUMBER | 52617 |
|---|---|
| DATE | PAGE |
| 4-28-99 | |

**DIVISION**
VALLEY ICE and FUEL

**SOLD TO**

**SHIP TO:** M/V ROJIMAR II

| CUSTOMER NO. | ORDER NO. | ORDER DATE | SALES PERSON | DELIVERED VIA | DELIVERY DATE | CUSTOMER P.O. NO. |
|---|---|---|---|---|---|---|
| | | | | | | |

| QUANTITY | UNIT | DESCRIPTION | UNIT AMOUNT | TC | AMOUNT |
|---|---|---|---|---|---|
| 3,175 | GALLONS | High Sulfur Diesel | .545 | | 1,730.38 |
| 51 | GALLONS | XD 3 40 | 3.70 | | 188.70 |

Dyed Diesel Fuel, Nontaxable Use Only, Penalty For Taxable Use

2160302    2194722
2158681    2192823
   1621       1554

| | |
|---|---|
| SUB TOTAL | 1,919.08 |
| SALES TAX | 11.79 |
| TOTAL DUE | 1,930.87 |

NOTICE: ACCOUNTS NOT PAID WITHIN 30 DAYS WILL ACCRUE INTEREST AT THE RATE OF 1 - 1/2% PER MONTH

SERVICED / DELIVERED BY:

BY: _E Bewill_
VALLEY ICE & FUEL CO. / VALLEY LUBRICANTS

ABOVE GOODS RECEIVED IN GOOD CONDITION

BY: _____
INDIVIDUAL (OWNER) OR OWNER'S AGENT)



# VALLEY LUBRICANTS

(956) 831-4123 • Fax 831-7860 • HC70. Box 14 • Brownsville, Texas 78521

NUMBER: 52636
PAGE

DATE: 4-25-99

DIVISION: *VALLEY ICE AND FUEL*

SOLD TO:

SHIP TO: *M/V ROJIMAR II*

| CUSTOMER NO | ORDER NO | ORDER DATE | SALES PERSON | DELIVERED VIA | DELIVERY DATE | CUSTOMER P.O. NO |
|---|---|---|---|---|---|---|
| | | | | | | |

| QUANTITY | UNIT | DESCRIPTION | UNIT AMOUNT | IC | AMOUNT |
|---|---|---|---|---|---|
| 8,196 | GALLONS | High Sulfur Diesel | .55 | | 4507.80 |
| | | | | | |
| | | **Dyed Diesel Fuel, Nontaxable Use Only, Penalty For Taxable Use** | | | |
| 2187466 | 2221958 | | | | |
| 2187598 | 2217630 | | | | |
| 3868 | 4328 | | SUB TOTAL | | |
| | | | SALES TAX | | |
| | | | TOTAL DUE | | 4507.80 |

NOTICE: ACCOUNTS NOT PAID WITHIN 30 DAYS WILL ACCRUE INTEREST AT THE RATE OF 1 - 1/2% PER MONTH

SERVICED / DELIVERED BY:

BY: _E. Zarate_

VALLEY ICE & FUEL CO. / VALLEY LUBRICANTS

ABOVE GOODS RECEIVED IN GOOD CONDITION

BY: _____

INDIVIDUAL (OWNER OR OWNER'S AGENT)

# EXHIBIT F

VALLEY ICE & FUEL CO., INC.
D.B.A. VALLEY LUBRICANTS
HC 70, BOX 14
BROWNSVILLE, TEXAS 78521
TEL:(956) 831-4123  -  FAX:(956) 831-7860

- ESTADO DE CUENTA -

FLOTA SANTA ELENA S.A. DE C.V.
HERIBERTO JARA # 1064-B
COL. MORELOS
TAMPICO, TAM., MEXICO
TEL: 011-52-833-2127760
FAX: 011-52-833-2100220

| BARCO | FECHA | FACTURA | TOTAL |
|-------|-------|---------|-------|
| MECOACAN II | AUG-28-00 | 8864 | $ 9,744.95 |
| | SEP-30-00 | INT | 154.18 |
| | OCT-31-00 | INT | 144.84 |
| | NOV-30-00 | INT | 140.17 |
| | DIC-31-00 | INT | 144.84 |
| | ENE-31-01 | INT | 144.84 |
| | FEB-28-01 | INT | 130.82 |
| | MAR-31-01 | INT | 144.84 |
| | ABR-30-01 | INT | 140.17 |
| | MAY-31-01 | INT | 144.84 |
| | JUN-30-01 | INT | 140.17 |
| | JUL-31-01 | INT | 144.84 |
| | AGO-31-01 | INT | 144.84 |
| | SEP-30-01 | INT | 140.17 |
| | OCT-31-01 | INT | 144.84 |
| | NOV-30-01 | INT | 140.17 |
| | DIC-31-02 | INT | 144.84 |
| | ENE-31-02 | INT | 144.84 |
| | FEB-28-02 | INT | 130.82 |
| | MAR-31-02 | INT | 144.84 |
| | ABR-30-02 | INT | 140.17 |
| | MAY-31-02 | INT | 144.84 |
| | JUN-30-02 | INT | 140.17 |

```
                                      ----------
DEUDA TOTAL A FINES DE JUNIO-30-2002:  $ 12,880.04
                                      ==========
```

**VALLEY ICE & FUEL CO., INC.**
**VALLEY LUBRICANTS**
HC-70, Box 14
Brownsville, TX  78521

| | |
|---|---|
| Phone: | (956) 831-4123 |
| Fax | (956) 831-7860 |

Invoice

Invoice Number
8864

Invoice Date
Aug 28, 2000

Page
1

Sold To:
M/V MECOACAN II MEXICAN BOAT
HERIBERTO JARA #1064-B
COL. MORELOS
TAMPICO, TAMP., MX

Ship to:

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| AG1MEC | | Net 30 Days |

| Sales Rep ID | Shipping Method | Ship Date | Due Date |
|---|---|---|---|
| | Cust. Pickup | 8/28/00 | 9/27/00 |

| Quantity | UNIT | Description | Unit Price | Extension |
|---|---|---|---|---|
| 8,933.00 | GALLON | DIESEL/HS/OFF ROAD | 1.0700 | 9,558.31 |
| 24.00 | EACH | SALT(50 LB BAG) | 5.8200 | 139.68 |
| 2.00 | BOX | SOAP POWDER (10.43 LB BOX) | 17.9900 | 35.98 |
| | | SALES ORDER 4687 | | |

| | |
|---|---|
| Subtotal | 9,733.97 |
| Sales Tax | 10.98 |
| Total Invoice Amount | 9,744.95 |
| Payment Received | 0.00 |
| TOTAL | 9,744.95 |

Check No:

PAYMENT FOR THE ABOVE DELIVERED MERCHANDISE IS DUE IN FULL NO LATER THAN 30 DAYS AFTER THE DELIVERY DATE. ALL PAST DUE AMOUNTS WILL ACCRUE INTEREST AT THE RATE OF 1 1/2 PERCENT PER MONTH OR THE MAXIMUM ALLOWED BY LAW

**Debo y Pagare incondicionalmente a la orden de VALLEY ICE & FUEL CO., INC., o al Sr. David E. Eymard, el dia _____ en _____ la cantidad de $_____, _____ Dolares de Estados Unidos de Norteamerica, valor recibido a mi entera satisfaccion. _____, Capitan o Patron de la embarcacion _____propiedad de _____.**

**_____**
**( firma )**

# EXHIBIT G

VALLEY ICE & FUEL CO., INC.
D.B.A. VALLEY LUBRICANTS
HC 70, BOX 14
BROWNSVILLE, TEXAS 78521
TEL:(956) 831-4123  -  FAX:(956) 831-7860

- ESTADO DE CUENTA -

JAVIER ALVARADO
PESQUERIAS DONOSTI DE TAMPICO S.A.
EMILIO CARRANZA # 216, Int. 303
ZONA CENTRO
TAMPICO, TAMPS.  89000
TEL: 011-52-833-2191199
FAX: 011-52-833-2129461

| BARCO | FECHA | FACTURA | TOTAL |
|-------|-------|---------|-------|
| DONOSTI III | JUN-13-01 | 12662 | $ 12,852.15 * |
|  | AGO-14-01 | PAGADO | 8,975.67-* |
|  | JUL-23-01 | 13360 | 33.50 * |
|  | AGO-23-01 | 13953 | 13,201.62 * |
|  | AGO-24-01 | PAGADO | 8,284.12-* |
|  |  |  | --------- |
|  |  |  | $ 8,827.48 * |
| DONOSTI IV | JUN-19-01 | 12789 | $ 14,007.77 * |
|  | AGO-17-01 | 13865 | 10,170.95 * |
|  |  |  | --------- |
|  |  |  | $ 24,178.72 * |
| DONOSTI V | JUN-14-01 | 12735 | $ 13,940.45 * |
|  | JUN-15-01 | 12753 | 5,369.92 * |
|  |  |  | --------- |
|  |  |  | $ 19,310.37 * |
| EASO I | AGO-15-01 | 13806 | $ 8,311.28 |

# VALLEY ICE & FUEL CO., INC.
# VALLEY LUBRICANTS

HC-70, Box 14
Brownsville, TX 78521

| | | Invoice |
|---|---|---|
| | | Invoice Number: |
| | | 12662 |
| | | Invoice Date: |
| | | Jun 13, 2001 |

Phone:     (956) 831-4123
Fax:        (956) 831-7860

Page: 1

Duplicate

**Sold To:**
PESQUERIAS DONOSTI DE TAMPICO
EMILIO CARRANZA # 216, Int 303
ZONA CENTRO
TAMPICO, TAMP, MX 89000

**Ship to:**
M/V DONOSTI III

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| AL1VAR | M/V DONOSTI III | Net 30 Days | |
| Sales Rep ID | Shipping Method | Ship Date | Due Date |
| | Cust. Pickup | 6/13/01 | 7/13/01 |

| Quantity | UNIT | Description | Unit Price | Extension |
|---|---|---|---|---|
| 12,818.00 | GALLON | DIESEL/HS/OFF ROAD | 0.9550 | 12,241.19 |
| 121.00 | GALLON | PERFORMANCE SERIES 15W40/BG | 4.3000 | 520.30 |
| 2.00 | PAIL | PERFORMANCE SERIES 40 W/P05 | 26.0000 | 52.00 |
| 4.00 | EACH | AUTO PILOT BRUSH | 0.6800 | 2.72 |
| 4.00 | | SALE ORDER# 7091 | | |

| | | |
|---|---|---|
| Subtotal | | 12,816.21 |
| Sales Tax | | 35.94 |
| Total Invoice Amount | | 12,852.15 |
| Check No:   Multiple | Payment Received | 0.00 |
| | TOTAL | 3,521.40 |

PAYMENT FOR THE ABOVE DELIVERED MERCHANDISE IS DUE IN FULL NO LATER THAN 30 DAYS AFTER THE DELIVERY DATE. ALL PAST
DUE AMOUNTS WILL ACCRUE INTEREST AT THE RATE OF 1 1/2 PERCENT PER MONTH OR THE MAXIMUM ALLOWED BY LAW.

**Debo y Pagare incondicionalmente a la orden de VALLEY ICE & FUEL CO., INC., o
al Sr. David E. Eymard, el dia** _____ **en**
_____ **la cantidad de $_____,**
_____ **Dolares de Estados Unidos de
Norteamerica, valor recibido a mi entera satisfaccion.**
_____, **Capitan o Patron de la embarcacion**
_____**propiedad de** _____.
_____
**( firma )**

Invoice

# VALLEY ICE & FUEL CO., INC.
# VALLEY LUBRICANTS

HC-70, Box 14
Brownsville, TX  78521

Invoice Number:
13360

Invoice Date:
Jul 23, 2001

Page:
1

Phone:    (956) 831-4123
Fax:       (956) 831-7860

Duplicate

**Sold To:**
PESQUERIAS DONOSTI DE TAMPICO
EMILIO CARRANZA # 216, Int 303
ZONA CENTRO
TAMPICO, TAMP, MX  89000

**Ship to:**
M/V DONOSTI III

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| AL1VAR | M/V DONOSTI III | Net 30 Days | |
| Sales Rep ID | Shipping Method | Ship Date | Due Date |
| | Cust. Pickup | 7/23/01 | 8/22/01 |

| Quantity | UNIT | Description | Unit Price | Extension |
|---|---|---|---|---|
| 24.10 | GALLON | GASOLINE<br>SALE ORDER# 7536 | 1.3900 | 33.50 |

|  |  |
|---|---|
| Subtotal | 33.50 |
| Sales Tax | |
| Total Invoice Amount | 33.50 |
| Payment Received | 0.00 |
| TOTAL | 33.50 |

Check No:

PAYMENT FOR THE ABOVE DELIVERED MERCHANDISE IS DUE IN FULL NO LATER THAN 30 DAYS AFTER THE DELIVERY DATE.  ALL PAST
DUE AMOUNTS WILL ACCRUE INTEREST AT THE RATE OF 1 1/2 PERCENT PER MONTH OR THE MAXIMUM ALLOWED BY LAW.

**Debo  y  Pagare  incondicionalmente  a  la  orden  de  VALLEY  ICE  &  FUEL  CO.,  INC., o
al  Sr.  David  E.  Eymard,  el  dia** _____  **en**
_____  **la  cantidad  de  $**_____,
_____  **Dolares  de  Estados  Unidos  de
Norteamerica,  valor  recibido  a  mi  entera  satisfaccion.**
_____,  **Capitan  o  Patron  de  la  embarcacion**
_____**propiedad  de**  _____.
_____
**( firma )**

Invoice

# VALLEY ICE & FUEL CO., INC.
## VALLEY LUBRICANTS
HC-70, Box 14
Brownsville, TX 78521

Invoice Number:
13953

Invoice Date:
Aug 23, 2001

Phone:     (956) 831-4123
Fax:       (956) 831-7860

Page:
1

Duplicate

Sold To:
PESQUERIAS DONOSTI DE TAMPICO
EMILIO CARRANZA # 216, Int 303
ZONA CENTRO
TAMPICO, TAMP, MX  89000

Ship to:
M/V:  DONOSTI  III

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| AL1VAR | M/V DONOSTI III | Net 30 Days | |
| Sales Rep ID | Shipping Method | Ship Date | Due Date |
| | Cust. Pickup | 8/23/01 | 9/22/01 |

| Quantity | UNIT | Description | Unit Price | Extension |
|---|---|---|---|---|
| 14,367.00 | GALLON | DIESEL/HS/OFF ROAD | 0.8750 | 12,571.13 |
| 138.00 | GALLON | PERFORMANCE SERIES 15W40/BG | 4.3000 | 593.40 |
| | | SALES ORDER 7978/4122 | | |

|  |  |
|---|---|
| Subtotal | 13,164.53 |
| Sales Tax | 37.09 |
| Total Invoice Amount | 13,201.62 |
| Payment Received | 0.00 |
| TOTAL | 4,917.50 |

Check No:   TRAN

PAYMENT FOR THE ABOVE DELIVERED MERCHANDISE IS DUE IN FULL NO LATER THAN 30 DAYS AFTER THE DELIVERY DATE. ALL PAST DUE AMOUNTS WILL ACCRUE INTEREST AT THE RATE OF 1 1/2 PERCENT PER MONTH OR THE MAXIMUM ALLOWED BY LAW.

**Debo y Pagare incondicionalmente a la orden de VALLEY ICE & FUEL CO., INC., o al Sr. David E. Eymard, el dia** _____ **en** _____ **la cantidad de $**_____, _____ **Dolares de Estados Unidos de Norteamerica, valor recibido a mi entera satisfaccion.** _____, **Capitan o Patron de la embarcacion** _____**propiedad de** _____.

_____
**( firma )**

# EXHIBIT H

# VALLEY ICE & FUEL CO., INC.
## VALLEY LUBRICANTS
HC-70, Box 14
Brownsville, TX 78521

Phone:   (956) 831-4123
Fax:     (956) 831-7860

**Invoice**

Invoice Number:
12789

Invoice Date:
Jun 19, 2001

Page:
1

Duplicate

**Sold To:**
PESQUERIAS DONOSTI DE TAMPICO
EMILIO CARRANZA # 216, Int 303
ZONA CENTRO
TAMPICO, TAMP, MX 89000

**Ship to:**
M/V DONOSTI IV

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| AL1VAR | M/V DONOSTI IV | Net 30 Days | |
| Sales Rep ID | Shipping Method | Ship Date | Due Date |
| | Cust. Pickup | 6/19/01 | 7/19/01 |

| Quantity | UNIT | Description | Unit Price | Extension |
|---|---|---|---|---|
| 14,394.00 | GALLON | DIESEL/HS/OFF ROAD | 0.9300 | 13,386.42 |
| 136.00 | GALLON | PERFORMANCE SERIES 15W40/BG | 4.3000 | 584.80 |
| | | SALES ORDER 7136/3681 | | |

Check No:

| | |
|---|---|
| Subtotal | 13,971.22 |
| Sales Tax | 36.55 |
| Total Invoice Amount | 14,007.77 |
| Payment Received | 0.00 |
| TOTAL | 14,007.77 |

PAYMENT FOR THE ABOVE DELIVERED MERCHANDISE IS DUE IN FULL NO LATER THAN 30 DAYS AFTER THE DELIVERY DATE. ALL PAST
DUE AMOUNTS WILL ACCRUE INTEREST AT THE RATE OF 1 1/2 PERCENT PER MONTH OR THE MAXIMUM ALLOWED BY LAW.

**Debo y Pagare incondicionalmente a la orden de VALLEY ICE & FUEL CO., INC., o
al Sr. David E. Eymard, el dia _____ en
_____ la cantidad de $_____,
_____ Dolares de Estados Unidos de
Norteamerica, valor recibido a mi entera satisfaccion.
_____, Capitan o Patron de la embarcacion
_____propiedad de _____.
_____**

**( firma )**

**VALLEY ICE & FUEL CO., INC.**
**VALLEY LUBRICANTS**
HC-70, Box 14
Brownsville, TX 78521

| | |
|---|---|
| Phone: | (956) 831-4123 |
| Fax: | (956) 831-7860 |

Invoice

Invoice Number:
13865

Invoice Date:
Aug 17, 2001

Page:
1

Duplicate

Sold To:
PESQUERIAS DONOSTI DE TAMPICO
EMILIO CARRANZA # 216, Int 303
ZONA CENTRO
TAMPICO, TAMP, MX 89000

Ship to:
M/V DONOSTI IV

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| AL1VAR | M/V DONOSTI IV | Net 30 Days | |
| Sales Rep ID | Shipping Method | Ship Date | Due Date |
| | Cust. Pickup | 8/17/01 | 9/16/01 |

| Quantity | UNIT | Description | Unit Price | Extension |
|---|---|---|---|---|
| 11,144.00 | GALLON | DIESEL/HS/OFF ROAD | 0.8800 | 9,806.72 |
| 76.00 | GALLON | PERFORMANCE SERIES 15W40/BG | 4.3000 | 326.80 |
| 10.00 | EACH | RONEX MULTI-PURP GREASE | 1.6000 | 16.00 |
| | | SALE ORDER# 7913 | | |

Check No:

| | |
|---|---|
| Subtotal | 10,149.52 |
| Sales Tax | 21.43 |
| Total Invoice Amount | 10,170.95 |
| Payment Received | 0.00 |
| TOTAL | 10,170.95 |

PAYMENT FOR THE ABOVE DELIVERED MERCHANDISE IS DUE IN FULL NO LATER THAN 30 DAYS AFTER THE DELIVERY DATE. ALL PAST
DUE AMOUNTS WILL ACCRUE INTEREST AT THE RATE OF 1 1/2 PERCENT PER MONTH OR THE MAXIMUM ALLOWED BY LAW.

**Debo y Pagare incondicionalmente a la orden de VALLEY ICE & FUEL CO., INC., o
al Sr. David E. Eymard, el dia _____ en
_____ la cantidad de $_____,
_____ Dolares de Estados Unidos de
Norteamerica, valor recibido a mi entera satisfaccion.
_____, Capitan o Patron de la embarcacion
_____propiedad de _____.
_____
( firma )**

# EXHIBIT I

Invoice

# VALLEY ICE & FUEL CO., INC.
# VALLEY LUBRICANTS
HC-70, Box 14
Brownsville, TX 78521

Invoice Number:

12735

Invoice Date:

Jun 14, 2001

Page:

1

Phone:     (956) 831-4123
Fax:       (956) 831-7860

Duplicate

Sold To:
PESQUERIAS DONOSTI DE TAMPICO
EMILIO CARRANZA # 216, Int 303
ZONA CENTRO
TAMPICO, TAMP, MX 89000

Ship to:
M/V DONOSTI V

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| AL1VAR | M/V DONOSTI V | Net 30 Days | |
| Sales Rep ID | Shipping Method | Ship Date | Due Date |
| | Cust. Pickup | 6/14/01 | 7/14/01 |

| Quantity | UNIT | Description | Unit Price | Extension |
|---|---|---|---|---|
| 13,634.00 | GALLON | DIESEL/HS/OFF ROAD | 0.9550 | 13,020.47 |
| 185.00 | GALLON | PERFORMANCE SERIES 15W40/BG | 4.3000 | 795.50 |
| 2.00 | PAIL | PERFORMANCE SERIES 40 W/P05 | 26.0000 | 52.00 |
| 1.00 | PAIL | HYD AW 68/PO5 | 18.3600 | 18.36 |
| 1.00 | | SALE ORDER# 7100 | | |

|  |  |
|---|---|
| Subtotal | 13,886.33 |
| Sales Tax | 54.12 |
| Total Invoice Amount | 13,940.45 |
| Payment Received | 0.00 |
| TOTAL | 13,940.45 |

Check No:

PAYMENT FOR THE ABOVE DELIVERED MERCHANDISE IS DUE IN FULL NO LATER THAN 30 DAYS AFTER THE DELIVERY DATE. ALL PAST
DUE AMOUNTS WILL ACCRUE INTEREST AT THE RATE OF 1 1/2 PERCENT PER MONTH OR THE MAXIMUM ALLOWED BY LAW.

**Debo y Pagare incondicionalmente a la orden de VALLEY ICE & FUEL CO., INC., o
al Sr. David E. Eymard, el dia _____ en
_____ la cantidad de $_____,
_____ Dolares de Estados Unidos de
Norteamerica, valor recibido a mi entera satisfaccion.
_____, Capitan o Patron de la embarcacion
_____propiedad de _____.
_____
( firma )**

Invoice

# VALLEY ICE & FUEL CO., INC.
## VALLEY LUBRICANTS
HC-70, Box 14
Brownsville, TX 78521

Invoice Number:

12753

Invoice Date:

Jun 15, 2001

Page:

1

Phone:    (956) 831-4123
Fax:       (956) 831-7860

Duplicate

Sold To:
PESQUERIAS DONOSTI DE TAMPICO
EMILIO CARRANZA # 216, Int 303
ZONA CENTRO
TAMPICO, TAMP, MX  89000

Ship to:
MV DONOSTI V

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| AL1VAR | M/V DONOSTI V | Net 30 Days | |
| Sales Rep ID | Shipping Method | Ship Date | Due Date |
| | Cust. Pickup | 6/15/01 | 7/15/01 |

| Quantity | UNIT | Description | Unit Price | Extension |
|---|---|---|---|---|
| 5,536.00 | GALLON | DIESEL/HS/OFF ROAD<br>SALE ORDER# 7117 | 0.9700 | 5,369.92 |

|  |  |
|---|---|
| Subtotal | 5,369.92 |
| Sales Tax | |
| Total Invoice Amount | 5,369.92 |
| Payment Received | 0.00 |
| TOTAL | 5,369.92 |

Check No:

PAYMENT FOR THE ABOVE DELIVERED MERCHANDISE IS DUE IN FULL NO LATER THAN 30 DAYS AFTER THE DELIVERY DATE.  ALL PAST
DUE AMOUNTS WILL ACCRUE INTEREST AT THE RATE OF 1 1/2 PERCENT PER MONTH OR THE MAXIMUM ALLOWED BY LAW.

**Debo y Pagare incondicionalmente a la orden de VALLEY ICE & FUEL CO., INC., o
al Sr. David E. Eymard, el dia** _____ **en**
_____ **la cantidad de $**_____,
_____ **Dolares de Estados Unidos de
Norteamerica, valor recibido a mi entera satisfaccion.**
_____, **Capitan o Patron de la embarcacion**
_____**propiedad de** _____.
_____
                **( firma )**

# EXHIBIT J

**VALLEY ICE & FUEL CO., INC.**
**VALLEY LUBRICANTS**
HC-70, Box 14
Brownsville, TX 78521

| | |
|---|---|
| Invoice | |
| Invoice Number: | 13806 |
| Invoice Date: | Aug 15, 2001 |
| Page: | 1 |

Phone:     (956) 831-4123
Fax:        (956) 831-7860

Duplicate

Sold To:
PESQUERIAS DONOSTI DE TAMPICO
EMILIO CARRANZA # 216, Int 303
ZONA CENTRO
TAMPICO, TAMP, MX  89000

Ship to:
M/V EASO  I

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| AL1VAR | M/V EASO I | Net 30 Days | |
| Sales Rep ID | Shipping Method | Ship Date | Due Date |
| | Cust. Pickup | 8/15/01 | 9/14/01 |

| Quantity | UNIT | Description | Unit Price | Extension |
|---|---|---|---|---|
| 9,243.00 | GALLON | DIESEL/HS/OFF ROAD | 0.8850 | 8,180.06 |
| 25.00 | GALLON | PERFORMANCE SERIES 15W40/BG | 4.3000 | 107.50 |
| 10.00 | EACH | RONEX MULTI-PURP GREASE | 1.6000 | 16.00 |
| | | SALES ORDER 7863/4094 | | |

|  |  |
|---|---|
| Subtotal | 8,303.56 |
| Sales Tax | 7.72 |
| Total Invoice Amount | 8,311.28 |
| Payment Received | 0.00 |
| TOTAL | 8,311.28 |

Check No:

PAYMENT FOR THE ABOVE DELIVERED MERCHANDISE IS DUE IN FULL NO LATER THAN 30 DAYS AFTER THE DELIVERY DATE. ALL PAST DUE AMOUNTS WILL ACCRUE INTEREST AT THE RATE OF 1 1/2 PERCENT PER MONTH OR THE MAXIMUM ALLOWED BY LAW.

**Debo y Pagare incondicionalmente a la orden de VALLEY ICE & FUEL CO., INC., o al Sr. David E. Eymard, el dia** _____ **en** _____ **la cantidad de $_____,** _____ **Dolares de Estados Unidos de Norteamerica, valor recibido a mi entera satisfaccion.** _____, **Capitan o Patron de la embarcacion** _____**propiedad de** _____. _____
        **( firma )**

# EXHIBIT K

# VALLEY ICE & FUEL CO., INC.
## VALLEY LUBRICANTS
HC-70, Box 14
Brownsville, TX 78521

**Invoice**

**Invoice Number:**
12781

**Invoice Date:**
Jun 18, 2001

**Page:**
1

Phone:    (956) 831-4123
Fax:       (956) 831-7860

Duplicate

| Sold To: | Ship to: |
|----------|----------|
| PESQUERIAS DONOSTI DE TAMPICO | M/V EASO  II |
| EMILIO CARRANZA # 216, Int 303 | |
| ZONA CENTRO | |
| TAMPICO, TAMP, MX 89000 | |

| Customer ID | Customer PO | Payment Terms | |
|-------------|-------------|---------------|---|
| AL1VAR | M/V EASO II | Net 30 Days | |
| Sales Rep ID | Shipping Method | Ship Date | Due Date |
| | Cust. Pickup | 6/18/01 | 7/18/01 |

| Quantity | UNIT | Description | Unit Price | Extension |
|----------|------|-------------|-----------|-----------|
| 9,869.00 | GALLON | DIESEL/HS/OFF ROAD | 0.9700 | 9,572.93 |
| 44.00 | GALLON | PERFORMANCE SERIES 15W40/BG | 4.3000 | 189.20 |
| | | SALES ORDER 7129/3673 | | |

|  | |
|---|---|
| Subtotal | 9,762.13 |
| Sales Tax | 11.83 |
| Total Invoice Amount | 9,773.96 |
| Payment Received | 0.00 |
| TOTAL | 9,773.96 |

Check No:

PAYMENT FOR THE ABOVE DELIVERED MERCHANDISE IS DUE IN FULL NO LATER THAN 30 DAYS AFTER THE DELIVERY DATE. ALL PAST
DUE AMOUNTS WILL ACCRUE INTEREST AT THE RATE OF 1 1/2 PERCENT PER MONTH OR THE MAXIMUM ALLOWED BY LAW.

**Debo y Pagare incondicionalmente a la orden de VALLEY ICE & FUEL CO., INC., o
al Sr. David E. Eymard, el dia _____ en
_____ la cantidad de $_____,
_____ Dolares de Estados Unidos de
Norteamerica, valor recibido a mi entera satisfaccion.
_____, Capitan o Patron de la embarcacion
_____propiedad de _____.**

**_____**
**( firma )**

Invoice

# VALLEY ICE & FUEL CO., INC.
## VALLEY LUBRICANTS
HC-70, Box 14
Brownsville, TX 78521

| | |
|---|---|
| Phone: | (956) 831-4123 |
| Fax: | (956) 831-7860 |

Invoice Number:

13807

Invoice Date:

Aug 15, 2001

Page:

1

Duplicate

**Sold To:**
PESQUERIAS DONOSTI DE TAMPICO
EMILIO CARRANZA # 216, Int 303
ZONA CENTRO
TAMPICO, TAMP, MX 89000

**Ship to:**
M/V EASO II

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| AL1VAR | M/V EASO II | Net 30 Days | |
| Sales Rep ID | Shipping Method | Ship Date | Due Date |
| | Cust. Pickup | 8/15/01 | 9/14/01 |

| Quantity | UNIT | Description | Unit Price | Extension |
|---|---|---|---|---|
| 7,274.00 | GALLON | DIESEL/HS/OFF ROAD | 0.8850 | 6,437.49 |
| 55.00 | GALLON | PERFORMANCE SERIES 15W40/BG | 4.3000 | 236.50 |
| | | SALES ORDER 7864/4095 | | |

| | | |
|---|---|---|
| | Subtotal | 6,673.99 |
| | Sales Tax | 14.78 |
| | Total Invoice Amount | 6,688.77 |
| Check No: | Payment Received | 0.00 |
| | TOTAL | 6,688.77 |

PAYMENT FOR THE ABOVE DELIVERED MERCHANDISE IS DUE IN FULL NO LATER THAN 30 DAYS AFTER THE DELIVERY DATE. ALL PAST DUE AMOUNTS WILL ACCRUE INTEREST AT THE RATE OF 1 1/2 PERCENT PER MONTH OR THE MAXIMUM ALLOWED BY LAW.

**Debo y Pagare incondicionalmente a la orden de VALLEY ICE & FUEL CO., INC., o al Sr. David E. Eymard, el dia** _____ **en** _____ **la cantidad de $** _____, _____ **Dolares de Estados Unidos de Norteamerica, valor recibido a mi entera satisfaccion.** _____, **Capitan o Patron de la embarcacion** _____ **propiedad de** _____. _____

**( firma )**

# EXHIBIT L

Invoice

# VALLEY ICE & FUEL CO., INC.
## VALLEY LUBRICANTS
HC-70, Box 14
Brownsville, TX 78521

Invoice Number:
12786

Invoice Date:
Jun 19, 2001

Phone:     (956) 831-4123
Fax:       (956) 831-7860

Page:
1

Duplicate

Sold To:
PESQUERIAS DONOSTI DE TAMPICO
EMILIO CARRANZA # 216, Int 303
ZONA CENTRO
TAMPICO, TAMP, MX  89000

Ship to:
M/V  EASO  IV

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| AL1VAR | M/V EASO IV | Net 30 Days | |
| Sales Rep ID | Shipping Method | Ship Date | Due Date |
| | Cust. Pickup | 6/19/01 | 7/19/01 |

| Quantity | UNIT | Description | Unit Price | Extension |
|---|---|---|---|---|
| 11,229.00 | GALLON | DIESEL/HS/OFF ROAD | 0.9300 | 10,442.97 |
| 113.00 | GALLON | PERFORMANCE SERIES 15W40/BG | 4.3000 | 485.90 |
| 20.00 | EACH | RONEX MULTI-PURP GREASE | 1.7900 | 35.80 |
| | | SALES ORDER 7133/3680 | | |

Check No:

| | |
|---|---|
| Subtotal | 10,964.67 |
| Sales Tax | 32.61 |
| Total Invoice Amount | 10,997.28 |
| Payment Received | 0.00 |
| TOTAL | 10,997.28 |

PAYMENT FOR THE ABOVE DELIVERED MERCHANDISE IS DUE IN FULL NO LATER THAN 30 DAYS AFTER THE DELIVERY DATE. ALL PAST
DUE AMOUNTS WILL ACCRUE INTEREST AT THE RATE OF 1 1/2 PERCENT PER MONTH OR THE MAXIMUM ALLOWED BY LAW.

**Debo y Pagare incondicionalmente a la orden de VALLEY ICE & FUEL CO., INC., o
al Sr. David E. Eymard, el dia** _____ **en**
_____ **la cantidad de $** _____,
_____ **Dolares de Estados Unidos de
Norteamerica, valor recibido a mi entera satisfaccion.**
_____, **Capitan o Patron de la embarcacion**
_____ **propiedad de** _____.

_____
**( firma )**

Invoice

# VALLEY ICE & FUEL CO., INC.
## VALLEY LUBRICANTS
HC-70, Box 14
Brownsville, TX 78521

Invoice Number:
14037

Invoice Date:
Aug 29, 2001

Page:
1

Phone:    (956) 831-4123
Fax:       (956) 831-7860

Duplicate

Sold To:
PESQUERIAS DONOSTI DE TAMPICO
EMILIO CARRANZA # 216, Int 303
ZONA CENTRO
TAMPICO, TAMP, MX 89000

Ship to:
M/V EASO IV

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| AL1VAR | M/V EASO IV | Net 30 Days | |
| Sales Rep ID | Shipping Method | Ship Date | Due Date |
| | Cust. Pickup | 8/29/01 | 9/28/01 |

| Quantity | UNIT | Description | Unit Price | Extension |
|---|---|---|---|---|
| 11,594.00 | GALLON | DIESEL/HS/OFF ROAD | 0.9100 | 10,550.54 |
| 131.00 | GALLON | PERFORMANCE SERIES 15W40/BG | 4.3000 | 563.30 |
| 5.00 | GALLON | MINERAL SPIRITS/BG | 2.1300 | 10.65 |
| 10.00 | EACH | RONEX MULTI-PURP GREASE | 1.6000 | 16.00 |
| 10.00 | | SALE ORDER# 8038 | | |

|  |  |
|---|---|
| Subtotal | 11,140.49 |
| Sales Tax | 36.87 |
| Total Invoice Amount | 11,177.36 |
| Payment Received | 0.00 |
| TOTAL | 36.87 |

Check No:    Multiple

PAYMENT FOR THE ABOVE DELIVERED MERCHANDISE IS DUE IN FULL NO LATER THAN 30 DAYS AFTER THE DELIVERY DATE. ALL PAST
DUE AMOUNTS WILL ACCRUE INTEREST AT THE RATE OF 1 1/2 PERCENT PER MONTH OR THE MAXIMUM ALLOWED BY LAW.

**Debo y Pagare incondicionalmente a la orden de VALLEY ICE & FUEL CO., INC., o
al Sr. David E. Eymard, el dia _____ en
_____ la cantidad de $_____,
_____ Dolares de Estados Unidos de
Norteamerica, valor recibido a mi entera satisfaccion.
_____, Capitan o Patron de la embarcacion
_____propiedad de _____.
_____
( firma )**

Invoice

# VALLEY ICE & FUEL CO., INC.
# VALLEY LUBRICANTS
HC-70, Box 14
Brownsville, TX 78521

Invoice Number:

14065

Invoice Date:

Aug 30, 2001

Page:

1

Phone:    (956) 831-4123
Fax:      (956) 831-7860

Duplicate

Sold To:
PESQUERIAS DONOSTI DE TAMPICO
EMILIO CARRANZA # 216, Int 303
ZONA CENTRO
TAMPICO, TAMP, MX 89000

Ship to:
M/V EASO IV

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| AL1VAR | M/V EASO IV | Net 30 Days | |
| Sales Rep ID | Shipping Method | Ship Date | Due Date |
| | Cust. Pickup | 8/30/01 | 9/29/01 |

| Quantity | UNIT | Description | Unit Price | Extension |
|---|---|---|---|---|
| 5.00 | GALLON | MINERAL SPIRITS/BG | 2.1300 | 10.65 |

| | |
|---|---|
| Subtotal | 10.65 |
| Sales Tax | 0.67 |
| Total Invoice Amount | 11.32 |
| Payment Received | 0.00 |
| TOTAL | 11.32 |

Check No:

PAYMENT FOR THE ABOVE DELIVERED MERCHANDISE IS DUE IN FULL NO LATER THAN 30 DAYS AFTER THE DELIVERY DATE. ALL PAST DUE AMOUNTS WILL ACCRUE INTEREST AT THE RATE OF 1 1/2 PERCENT PER MONTH OR THE MAXIMUM ALLOWED BY LAW.

**Debo y Pagare incondicionalmente a la orden de VALLEY ICE & FUEL CO., INC., o al Sr. David E. Eymard, el dia** _____ **en** _____ **la cantidad de $** _____, _____ **Dolares de Estados Unidos de Norteamerica, valor recibido a mi entera satisfaccion.** _____, **Capitan o Patron de la embarcacion** _____ **propiedad de** _____. _____
**( firma )**

# EXHIBIT M

Invoice

# VALLEY ICE & FUEL CO., INC.
# VALLEY LUBRICANTS
HC-70, Box 14
Brownsville, TX 78521

Invoice Number:
13516

Invoice Date:
Jul 31, 2001

Phone:     (956) 831-4123
Fax:       (956) 831-7860

Page:
1

Duplicate

**Sold To:**
M/V PORTHOS II MEXICAN BOAT
GRUPO AZAR S.A. DE C.V.
C BRAVO 28 Int E COL SAN ROMAN
CAMPECHE,CAMP, MX  24040
GAZ 960520SB9

**Ship to:**

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| AZ1PO2 | | Net 30 Days | |
| Sales Rep ID | Shipping Method | Ship Date | Due Date |
| | Cust. Pickup | 7/31/01 | 8/30/01 |

| Quantity | UNIT | Description | Unit Price | Extension |
|---|---|---|---|---|
| 7,851.00 | GALLON | DIESEL/HS/OFF ROAD | 0.8600 | 6,751.86 |
| 2.00 | BOX | SELECT COLOR RAGS (10LB) | 4.5000 | 9.00 |
| | | SALES ORDER 7633/3972 | | |

|  |  |
|---|---|
| Subtotal | 6,760.86 |
| Sales Tax | 0.56 |
| Total Invoice Amount | 6,761.42 |
| Payment Received | 0.00 |
| TOTAL | 190.61 |

Check No:    Multiple

PAYMENT FOR THE ABOVE DELIVERED MERCHANDISE IS DUE IN FULL NO LATER THAN 30 DAYS AFTER THE DELIVERY DATE.  ALL PAST
DUE AMOUNTS WILL ACCRUE INTEREST AT THE RATE OF 1 1/2 PERCENT PER MONTH OR THE MAXIMUM ALLOWED BY LAW.

**Debo y Pagare incondicionalmente a la orden de VALLEY ICE & FUEL CO., INC., o
al Sr. David E. Eymard, el dia _____ en
_____ la cantidad de $_____,
_____ Dolares de Estados Unidos de
Norteamerica, valor recibido a mi entera satisfaccion.
_____, Capitan o Patron de la embarcacion
_____propiedad de _____.
_____
( firma )**

**VALLEY ICE & FUEL CO., INC.**
**VALLEY LUBRICANTS**
HC-70, Box 14
Brownsville, TX 78521

Phone:    (956) 831-4123
Fax:      (956) 831-7860

Invoice

Invoice Number:
14243

Invoice Date:
Sep 11, 2001

Page:
1

Duplicate

Sold To:
M/V PORTHOS II MEXICAN BOAT
GRUPO AZAR S.A. DE C.V.
C BRAVO 28 Int E COL SAN ROMAN
CAMPECHE,CAMP, MX  24040
GAZ 960520SB9

Ship to:

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| AZ1PO2 | | Net 30 Days | |
| Sales Rep ID | Shipping Method | Ship Date | Due Date |
| | Cust. Pickup | 9/11/01 | 10/11/01 |

| Quantity | UNIT | Description | Unit Price | Extension |
|---|---|---|---|---|
| 5,000.00 | GALLON | DIESEL/HS/OFF ROAD | 0.9350 | 4,675.00 |
| 5.00 | PAIL | EXXON XD 3 50/P05 | 35.5300 | 177.65 |
| | | SALE ORDER# 8188 | | |
| | | DELIVERY TICKET# 17717 | | |

| | |
|---|---|
| Subtotal | 4,852.65 |
| Sales Tax | 11.10 |
| Total Invoice Amount | 4,863.75 |
| Payment Received | 0.00 |
| TOTAL | 4,863.75 |

Check No:

PAYMENT FOR THE ABOVE DELIVERED MERCHANDISE IS DUE IN FULL NO LATER THAN 30 DAYS AFTER THE DELIVERY DATE. ALL PAST
DUE AMOUNTS WILL ACCRUE INTEREST AT THE RATE OF 1 1/2 PERCENT PER MONTH OR THE MAXIMUM ALLOWED BY LAW.

**Debo  y  Pagare  incondicionalmente  a  la  orden  de  VALLEY  ICE  &  FUEL  CO.,  INC., o
al  Sr.  David  E.  Eymard,  el  dia** _____ **en**
_____ **la  cantidad  de  $** _____,
_____ **Dolares  de  Estados  Unidos  de
Norteamerica,  valor  recibido  a  mi  entera  satisfaccion.**
_____, **Capitan  o  Patron  de  la  embarcacion**
_____**propiedad  de** _____.

_____
**( firma )**

# EXHIBIT N

**VALLEY ICE & FUEL CO., INC.**
**VALLEY LUBRICANTS**
HC-70, Box 14
Brownsville, TX 78521

Phone:     (956) 831-4123
Fax:       (956) 831-7860

Invoice

Invoice Number:
14278

Invoice Date:
Sep 12, 2001

Page:
1

Duplicate

Sold To:

M/V VILUJO I MEXICAN BOAT
GRUPO AZAR S.A. DE C.V.
C BRAVO 28 Int E COL SAN ROMAN
CAMPECHE,CAMP, MX  24040
GAZ 960520 SB9

Ship to:

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| AZ1VL1 | | Net 30 Days | |
| Sales Rep ID | Shipping Method | Ship Date | Due Date |
| | Cust. Pickup | 9/12/01 | 10/12/01 |

| Quantity | UNIT | Description | Unit Price | Extension |
|---|---|---|---|---|
| 6,855.00 | GALLON | DIESEL/HS/OFF ROAD | 0.9400 | 6,443.70 |
| 1.00 | BOX | SELECT COLOR RAGS (10LB) | 4.5000 | 4.50 |
| | | SALE ORDER# 8202 | | |

|  | |
|---|---|
| Subtotal | 6,448.20 |
| Sales Tax | 0.28 |
| Total Invoice Amount | 6,448.48 |
| Payment Received | 0.00 |
| TOTAL | 1,095.44 |

Check No:    Multiple

PAYMENT FOR THE ABOVE DELIVERED MERCHANDISE IS DUE IN FULL NO LATER THAN 30 DAYS AFTER THE DELIVERY DATE. ALL PAST
DUE AMOUNTS WILL ACCRUE INTEREST AT THE RATE OF 1 1/2 PERCENT PER MONTH OR THE MAXIMUM ALLOWED BY LAW.

**Debo y Pagare incondicionalmente a la orden de VALLEY ICE & FUEL CO., INC., o
al Sr. David E. Eymard, el dia** _____ **en**
_____ **la cantidad de $** _____,
_____ **Dolares de Estados Unidos de
Norteamerica, valor recibido a mi entera satisfaccion.**
_____**, Capitan o Patron de la embarcacion**
_____**propiedad de** _____.
_____
**( firma )**

# EXHIBIT O

Invoice

# VALLEY ICE & FUEL CO., INC.
## VALLEY LUBRICANTS
HC-70, Box 14
Brownsville, TX 78521

Invoice Number:

13518

Invoice Date:

Jul 31, 2001

| | |
|---|---|
| Phone: | (956) 831-4123 |
| Fax: | (956) 831-7860 |

Page:

1

Duplicate

Sold To:

Ship to:

M/V PORTHOS I MEXICAN BOAT
GRUPO AZAR S.A. DE C.V.
C BRAVO 28 Int E COL SAN ROMAN
CAMPECHE,CAMP, MX  24040
GAZ 960520SB9

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| AZ1POR | | Net 30 Days | |
| Sales Rep ID | Shipping Method | Ship Date | Due Date |
| | Cust. Pickup | 7/31/01 | 8/30/01 |

| Quantity | UNIT | Description | Unit Price | Extension |
|---|---|---|---|---|
| 8,451.00 | GALLON | DIESEL/HS/OFF ROAD | 0.8600 | 7,267.86 |
| 1.00 | BOX | SELECT COLOR RAGS (10LB) | 4.5000 | 4.50 |
| 5.00 | EACH | LIGHT BULB 100 WATT 34 VOLT | 2.9100 | 14.55 |
| 5.00 | EACH | LIGHT BULB 50 WATT 34 VOLT | 2.3250 | 11.63 |
| 5.00 | | SALES ORDER 7635/3974 | | |

| | |
|---|---|
| Subtotal | 7,298.54 |
| Sales Tax | 1.92 |
| Total Invoice Amount | 7,300.46 |
| Payment Received | 0.00 |
| TOTAL | 851.90 |

Check No:　Multiple

PAYMENT FOR THE ABOVE DELIVERED MERCHANDISE IS DUE IN FULL NO LATER THAN 30 DAYS AFTER THE DELIVERY DATE.  ALL PAST
DUE AMOUNTS WILL ACCRUE INTEREST AT THE RATE OF 1 1/2 PERCENT PER MONTH OR THE MAXIMUM ALLOWED BY LAW.

**Debo y Pagare incondicionalmente a la orden de VALLEY ICE & FUEL CO., INC., o
al Sr. David E. Eymard, el dia** _____ **en**

_____ **la cantidad de $**_____,

_____ **Dolares de Estados Unidos de
Norteamerica, valor recibido a mi entera satisfaccion.**

_____, **Capitan o Patron de la embarcacion**

_____**propiedad de** _____.

_____
**( firma )**

**VALLEY ICE & FUEL CO., INC.**
**VALLEY LUBRICANTS**
HC-70, Box 14
Brownsville, TX 78521

Phone:      (956) 831-4123
Fax:        (956) 831-7860

Invoice

Invoice Number:
14277

Invoice Date:
Sep 12, 2001

Page:
1

Duplicate

Sold To:
M/V PORTHOS I MEXICAN BOAT
GRUPO AZAR S.A. DE C.V.
C BRAVO 28 Int E COL SAN ROMAN
CAMPECHE,CAMP, MX  24040
GAZ 960520SB9

Ship to:

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| AZ1POR | | Net 30 Days | |
| Sales Rep ID | Shipping Method | Ship Date | Due Date |
| | Cust. Pickup | 9/12/01 | 10/12/01 |

| Quantity | UNIT | Description | Unit Price | Extension |
|---|---|---|---|---|
| 8,466.00 | GALLON | DIESEL/HS/OFF ROAD | 0.9400 | 7,958.04 |
| 1.00 | BOX | SELECT COLOR RAGS (10LB) | 4.5000 | 4.50 |
| 1.00 | EACH | HAND CLEANER | 2.2400 | 2.24 |
| | | SALE ORDER# 8201 | | |

Check No:

| | |
|---|---|
| Subtotal | 7,964.78 |
| Sales Tax | 0.42 |
| Total Invoice Amount | 7,965.20 |
| Payment Received | 0.00 |
| TOTAL | 7,965.20 |

PAYMENT FOR THE ABOVE DELIVERED MERCHANDISE IS DUE IN FULL NO LATER THAN 30 DAYS AFTER THE DELIVERY DATE.  ALL PAST
DUE AMOUNTS WILL ACCRUE INTEREST AT THE RATE OF 1 1/2 PERCENT PER MONTH OR THE MAXIMUM ALLOWED BY LAW.

**Debo y Pagare incondicionalmente a la orden de VALLEY ICE & FUEL CO., INC., o
al Sr. David E. Eymard, el dia _____ en
_____ la cantidad de $_____,
_____ Dolares de Estados Unidos de
Norteamerica, valor recibido a mi entera satisfaccion.
_____, Capitan o Patron de la embarcacion
_____propiedad de _____.
_____
        ( firma )**

# EXHIBIT P

**VALLEY ICE & FUEL CO., INC.**
**VALLEY LUBRICANTS**
HC-70, Box 14
Brownsville, TX 78521

Invoice Number:
9404

Invoice Date:
Sep 27, 2000

Page:
1

| Phone: | (956) 831-4123 |
| Fax: | (956) 831-7860 |

Sold To:

M/V PONY CHIEF MEXICAN VESSEL
ALEJANDRO M. AZAR ELIAS
CALLE OLMOS No 30 FRAC KANISTE
CAMPECHE, CAMP., MX 24090
AAEA-380826-JIO

Ship to:

| Customer ID | | Customer PO | | Payment Terms | |
|---|---|---|---|---|---|
| AZ1PON | | | | Net 30 Days | |
| **Sales Rep ID** | | **Shipping Method** | | **Ship Date** | **Due Date** |
| | | Cust. Pickup | | 9/27/00 | 10/27/00 |

| Quantity | UNIT | Description | Unit Price | Extension |
|---|---|---|---|---|
| 8,000.00 | GALLON | DIESEL/HS/OFF ROAD | 1.0800 | 8,640.00 |
| | | SALES ORDER 5077 | | |

| | |
|---|---|
| Subtotal | 8,640.00 |
| Sales Tax | |
| Total Invoice Amount | 8,640.00 |
| Payment Received | 0.00 |
| TOTAL | 8,640.00 |

Check No:

PAYMENT FOR THE ABOVE DELIVERED MERCHANDISE IS DUE IN FULL NO LATER THAN 30 DAYS AFTER THE DELIVERY DATE. ALL PAST
DUE AMOUNTS WILL ACCRUE INTEREST AT THE RATE OF 1 1/2 PERCENT PER MONTH OR THE MAXIMUM ALLOWED BY LAW

Debo y Pagare incondicionalmente a la orden de VALLEY ICE & FUEL CO., INC., o
al Sr. David E. Eymard, el dia _____ en
_____ la cantidad de $_____,
_____ Dolares de Estados Unidos de
Norteamerica, valor recibido a mi entera satisfaccion.
_____, Capitan o Patron de la embarcacion
_____propiedad de _____.
_____
( firma )

# EXHIBIT Q

Invoice

**VALLEY ICE & FUEL CO., INC.**
**VALLEY LUBRICANTS**
HC-70, Box 14
Brownsville, TX 78521

| | |
|---|---|
| Phone: | (956) 831-4123 |
| Fax: | (956) 831-7880 |

Invoice Number:
4336

Invoice Date:
Nov 2, 1999

Page:
1

Sold To:
M/V ALHAMBRA II MEXICAN BOAT
MARIO LOPEZ

Ship to:

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| LP1AL2 | | Net 30 Days | |
| Sales Rep ID | Shipping Method | Ship Date | Due Date |
| | Cust. Pickup | 11/2/99 | 12/2/99 |

| Quantity | UNIT | Description | Unit Price | Extension |
|---|---|---|---|---|
| 13,722.00 | GALLON | DIESEL/HS/OFF ROAD | 0.7100 | 9,742.62 |
| 265.00 | GALLON | PERFORMANCE SERIES 40W/BG | 3.7000 | 980.50 |
| 2.00 | PAIL | DURO AW 68/PO5 | 18.6000 | 37.20 |
| 2.00 | EACH | COKE (6 PACK) | 2.2425 | 4.49 |
| 2.00 | EACH | SPRITE (6 PACK) | 2.2425 | 4.49 |
| 1.00 | PAIL | EXXON RONEX MP/P35 | 42.5516 | 42.55 |
| 10.00 | EACH | CAT 3408/LUBE (F#PH3335) | 21.8550 | 218.55 |
| 6.00 | EACH | CAT 3408/FUEL (F#P3376) | 15.3000 | 91.80 |
| 20.00 | GALLON | GASOLINE | 1.2700 | 25.40 |
| | | SALE ORDER# 1637 | | |

Check No:

| | |
|---|---|
| Subtotal | 11,147.60 |
| Sales Tax | 86.22 |
| Total Invoice Amount | 11,233.82 |
| Payment Received | 0.00 |
| TOTAL | 11,233.82 |

PAYMENT FOR THE ABOVE DELIVERED MERCHANDISE IS DUE IN FULL NO LATER THAN 30 DAYS AFTER THE DELIVERY DATE. ALL PAST DUE AMOUNTS WILL
ACCRUE INTEREST AT THE RATE OF 1 1/2 PERCENT PER MONTH OR THE MAXIMUM ALLOWED BY LAW

Debo y Pagare incondicionalmente a la orden de VALLEY ICE & FUEL CO., INC., o
al Sr. David E. Eymard, el dia _____ en
_____ la cantidad de $_____,
_____ Dolares de Estados Unidos de
Norteamerica, valor recibido a mi entera satisfaccion.
_____, Capitan o Patron de la embarcacion
_____propiedad de _____.

_____
( firma )

# EXHIBIT R

# EXXON Lyondell () Mobil

# VALLEY LUBRICANTS

(956) 831-4123 • Fax 831-7860 • HC70, Box 14 • Brownsville, Texas 78521

**NUMBER** 52396

**DATE** 4-5-99

**PAGE**

**DIVISION** VALLEY ICE AND FUEL

**SOLD TO**

**SHIP TO** M/V DON CEFE

| CUSTOMER NO | ORDER NO | ORDER DATE | SALES PERSON | DELIVERED VIA | DELIVERY DATE | CUSTOMER P.O. NO. |
|---|---|---|---|---|---|---|
| | | | | | | |

| QUANTITY | UNIT | DESCRIPTION | UNIT AMOUNT | TC | AMOUNT |
|---|---|---|---|---|---|
| 7563 | GALLONS | High Sulfur Diesel | .545 | | 4121.84 |
| | | Dyed Diesel Fuel Nontaxable Use Only, Penalty For Taxable Use | | | |
| 1996201 2022263 | | | | | |
| 1991201 2019203 | | | | | |
| 800 | 3063 | | | | |

| | | |
|---|---|---|
| SUB TOTAL | | |
| SALES TAX | | |
| TOTAL DUE | | 4121.84 |

NOTICE: ACCOUNTS NOT PAID WITHIN 30 DAYS WILL ACCRUE INTEREST AT THE RATE OF 1 - 1/2% PER MONTH

SERVICED / DELIVERED BY:

BY: E Barrela
VALLEY ICE & FUEL CO. / VALLEY LUBRICANTS

ABOVE GOODS RECEIVED IN GOOD CONDITION

BY: _____
INDIVIDUAL (OWNER OR OWNER'S AGENT)

# VALLEY ICE & FUEL CO., INC.
## VALLEY LUBRICANTS
HC-70, Box 14
Brownsville, TX 78521

Phone:    (956) 831-4123
Fax:      (956) 831-7880

Invoice

Invoice Number:
4827

Invoice Date:
Dec 9, 1999

Page:
1

Sold To:                                    Ship to:

M/V DON CEFE MEXICAN BOAT
HERIBERTO JARA #1068
COL. MORELOS
TAMPICO, TAMP., MX
MEXICO

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| CO1DCE | | Net 30 Days | |
| Sales Rep ID | Shipping Method | Ship Date | Due Date |
| | Cust. Pickup | 12/9/99 | 1/8/00 |

| Quantity | UNIT | Description | Unit Price | Extension |
|---|---|---|---|---|
| 15,150.00 | GALLON | DIESEL/HS/OFF ROAD | 0.7750 | 11,741.25 |
| 96.00 | GALLON | PERFORMANCE SERIES 40W/BG | 3.7000 | 362.60 |
| | | SALE ORDER# 2042 | | |

| | |
|---|---|
| Subtotal | 12,103.85 |
| Sales Tax | 22.66 |
| Total Invoice Amount | 12,126.51 |
| Payment Received | 0.00 |
| TOTAL | 12,126.51 |

Check No:

PAYMENT FOR THE ABOVE DELIVERED MERCHANDISE IS DUE IN FULL NO LATER THAN 30 DAYS AFTER THE DELIVERY DATE. ALL PAST DUE AMOUNTS WILL ACCRUE INTEREST AT THE RATE OF 1 1/2 PERCENT PER MONTH OR THE MAXIMUM ALLOWED BY LAW

Debo y Pagare incondicionalmente a la orden de VALLEY ICE & FUEL CO., INC., o al Sr. David E. Eymard, el dia _____ en _____ la cantidad de $_____. _____ Dolares de Estados Unidos de Norteamerica, valor recibido a mi entera satisfaccion. _____, Capitan o Patron de la embarcacion _____ propledad de _____

( firma )

# EXHIBIT S

VALLEY ICE & FUEL CO., INC.
VALLEY LUBRICANTS
C-70, Box 14
Brownsville, TX 78521

Phone:    (956) 831-4123
Fax       (956) 831-7860

Invoice

Invoice Number:
5547

Invoice Date:
Jan 21, 2000

Page:
1

**Sold To:**
M/V DON JUAN MEXICAN BOAT
3ra AVE. # 706
COL. ISLETA PEREZ
TAMPICO, TAMP., MX

**Ship to:**

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| PE1JU2 | | Net 30 Days |

| Sales Rep ID | Shipping Method | Ship Date | Due Date |
|---|---|---|---|
| | Cust. Pickup | 1/21/00 | 2/20/00 |

| Quantity | UNIT | Description | Unit Price | Extension |
|---|---|---|---|---|
| 10,376.00 | GALLON | DIESEL/HS/OFF ROAD | 0.9600 | 9,960.96 |
| 4.00 | EACH | TWINE - NYTEX #18 GREEN | 3.9550 | 35.82 |
| | | SALE ORDER# 2492 | | |

| | | |
|---|---|---|
| | Subtotal | 9,996.78 |
| | Sales Tax | 2.24 |
| | Total Invoice Amount | 9,999.02 |
| | Payment Received | 0.00 |
| | TOTAL | 9,999.02 |

Check No

PAYMENT FOR THE ABOVE DELIVERED MERCHANDISE IS DUE IF PAID NO LATER THAN 10 DAYS AFTER THE DELIVERY DATE. ALL PAST DUE ACCOUNTS WILL ACCRUE INTEREST AT THE RATE OF 1 1/2% PER MONTH OR 18% PER YEAR, OR THE MAXIMUM ALLOWED BY LAW.

Debo y Pagare incondicionalmente a la orden de VALLEY ICE & FUEL CO., INC. o
al Sr. David E. Eymard, el dia _____ en
_____ la cantidad de $ _____
_____ Dolares de Estados Unidos de
Norteamerica, valor recibido a mi entera satisfaccion.
_____. Capitan o Patron de la embarcacion
_____ propiedad de _____.

( firma )

# EXHIBIT T

Invoice

**VALLEY ICE & FUEL CO., INC.**
**VALLEY LUBRICANTS**
HC-70, Box 14
Brownsville, TX 78521

Invoice Number:
5473

Invoice Date:
Jan 18, 2000

Page
1

Phone:    (956) 831-4123
Fax:      (956) 831-7860

Sold To:

M/V ANDRES GARCIA MEXICAN BOAT
3 ra AVE 706 COL ISLETA PEREZ
TAMPICO, TAMP., MX
PMJ6203232K6

Ship to:

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| PE1AG2 | | Net 30 Days |

| Sales Rep ID | Shipping Method | Ship Date | Due Date |
|---|---|---|---|
| | Cust. Pickup | 1/18/00 | 2/17/00 |

| Quantity | UNIT | Description | Unit Price | Extension |
|---|---|---|---|---|
| 8,204.00 | GALLON | DIESEL/HS/OFF ROAD | 0.8450 | 6,932.38 |
| 82.00 | GALLON | PERFORMANCE SERIES 40W/BG | 3.7000 | 303.40 |
| 3.00 | EACH | BATTERY 6 VOLT | 7.8500 | 23.55 |
| 1.00 | BOX | SELECT COLOR RAGS (10LB) | 4.5000 | 4.50 |
| 1.00 | | SALE ORDER# 2465 | | |

*[handwritten: 2-12-01 Transfer / Bal. $4668.39]*

*[handwritten: PAID 3-20-02 Trans / Bal. $4657.26]*

*[handwritten: 1-3-002 Trans / Bal. $4157.26]*    Check No:

| | |
|---|---|
| Subtotal | 7,263.84 |
| Sales Tax | 20.72 |
| Total Invoice Amount | 7,284.56 |
| Payment Received | 0.00 |
| **TOTAL** | **7,284.56** |

PAYMENT FOR THE ABOVE DELIVERED MERCHANDISE IS DUE IN FULL NO LATER THAN 30 DAYS AFTER THE DELIVERY DATE. ALL PAST DUE AMOUNTS WILL ACCRUE INTEREST AT THE RATE OF 1 1/2 PERCENT PER MONTH OR THE MAXIMUM ALLOWED BY LAW.

Debo y Pagare incondicionalmente a la orden de VALLEY ICE & FUEL CO., INC., o al Sr. David E. Eymard, el dia _____ en _____ la cantidad de $ _____ _____ Dolares de Estados Unidos de Norteamerica, valor recibido a mi entera satisfaccion.

_____, Capitan o Patron de la embarcacion

_____propiedad de _____

( firma )

**EXXON** *Lyondell* **() Mobil**

# VALLEY LUBRICANTS

(956) 831-4123 • Fax 831-7860 • HC70, Box 14 • Brownsville, Texas 78521

| | NUMBER |
|---|---|
| | 31359 |
| DATE | PAGE |
| 1-15-99 | |

| DIVISION |
|---|
| Valley Ice and Fuel |

SHIP TO: W/O
ANDRES Garcia
Falcon Perez

| CUSTOMER NO. | ORDER NO. | ORDER DATE | SALES PERSON | DELIVERED VIA | DELIVERY DATE | CUSTOMER P.O. NO. |
|---|---|---|---|---|---|---|
| | | | | | | |

| QUANTITY | UNIT | DESCRIPTION | UNIT AMOUNT | TC | AMOUNT |
|---|---|---|---|---|---|
| 6020 | Gallons | High Sulfer Diesel | .435 | | 2618.70 |
| | | | | | |

Dyed Diesel Fuel, Nontaxable Use
Only, Penalty For Taxable Use

| | | | | | |
|---|---|---|---|---|---|
| 1391578 | 1418285 | | | | |
| 1387127 | 1416716 | | | | |
| 4451 | 1569 | | SUB TOTAL | | |
| | | | SALES TAX | | |
| | | | TOTAL DUE | R | 2618.70 |

**NOTICE: ACCOUNTS NOT PAID WITHIN 30 DAYS WILL ACCRUE INTEREST AT THE RATE OF 1 - 1/2% PER MONTH**

SERVICED / DELIVERED BY:

BY: _____

VALLEY ICE & FUEL CO. / VALLEY LUBRICANTS

ABOVE GOODS RECEIVED IN GOOD CONDITION

BY: _____

INDIVIDUAL (OWNER OR OWNER'S AGENT)

# EXHIBIT U

**VALLEY ICE & FUEL CO., INC.**
**VALLEY LUBRICANTS**
HC-70, Box 14
Brownsville, TX 78521

Invoice

| | |
|---|---|
| Invoice Number | 5472 |
| Invoice Date: | Jan 18 2000 |
| Page | 1 |

| | |
|---|---|
| Phone: | (956) 831-4123 |
| Fax: | (956) 831-7360 |

Sold To:

M/V TAURO MEXICAN BOAT
3 ra AVE 706 COL ISLETA PEREZ
TAMPICO TAMP., MX
PMJ6203232K6

Ship to

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| PE1TA2 | | Net 30 Days |

| Sales Rep ID | Shipping Method | Ship Date | Due Date |
|---|---|---|---|
| | Cust. Pickup | 1/18/00 | 2/17/00 |

| Quantity | UNIT | Description | Unit Price | Extension |
|---|---|---|---|---|
| 11,936.00 | GALLON | DIESEL/HS/OFF ROAD | 0.8450 | 10,085.92 |
| 80.00 | GALLON | PERFORMANCE SERIES 40W/BG | 3.7000 | 296.00 |
| | | SALE ORDER# 2464 | | |

**PAID**
3-27-02 Trans
Bal. $8196.50

| | |
|---|---|
| Subtotal | 10,381.92 |
| Sales Tax | 18.50 |
| Total Invoice Amount | 10,400.42 |
| Payment Received | 0.00 |
| TOTAL | 10,400.42 |

Check No

PAYMENT FOR THE ABOVE DELIVERED MERCHANDISE IS DUE IN FULL NO LATER THAN 30 DAYS AFTER THE DELIVERY DATE. ALL PARTIAL PAYMENTS WILL ACCRUE INTEREST AT THE RATE OF 1 1/2 PERCENT PER MONTH OR THE MAXIMUM ALLOWED BY LAW.

Debo y Pagare incondicionalmente a la orden de VALLEY ICE & FUEL CO., INC., o al Sr. David E. Eymard, el dia _____ en _____ la cantidad de $_____ _____ Dolares de Estados Unidos de Norteamerica, valor recibido a mi entera satisfaccion.

_____, Capitan o Patron de la embarcacion

_____propiedad de _____.

( firma )

# EXHIBIT V

**VALLEY ICE & FUEL CO., INC**
**VALLEY LUBRICANTS**
HC-70. Box 14
Brownsville, TX 78521

Invoice Number    5585

Invoice Date

Feb 1 2000

Page

Phone:    (956) 831-4123
Fax.      (956) 831-7860

Sold To:                                          Ship to:

M/V KUKULKAN XIV MEXICAN BOAT
JUAN CARLOS PEREZ MEDRANO
3 ra AVE 706 COL ISLETA PEREZ
TAMPICO TAMP., MX
PMJ6203232K6

| Customer ID | | Customer PO | | Payment Terms | |
|---|---|---|---|---|---|
| PE1KK14 | | | | Net 30 Days | |
| Sales Rep ID | | Shipping Method | | Ship Date | Due Date |
| | | Cust. Pickup | | 2/1/00 | 3/2/00 |

| Quantity | Unit | Description | Unit Price | Extension |
|---|---|---|---|---|
| | | SALE ORDER# 2605 | | |
| 16 | 6 pack | Coke | 2.2425 | 35.88 |

| | |
|---|---|
| Subtotal | 9,764.84 |
| Sales Tax | 39.96 |
| Total Invoice Amount | 9,804.80 |
| Payment Received | 0.00 |
| TOTAL | 9,804.80 |

Check No:

PAYMENT OF THE ABOVE DELIVERED MERCHANDISE IS DUE IN FULL NO LATER THAN 3 DAYS AFTER THE DELIVERY DATE. ALL PAST DUE ACCOUNTS WILL ACCRUE INTEREST AT THE ANNUAL RATE PROVIDED FOR UNDER THE MAXIMUM ALLOWED BY LAW.

Debo y Pagare incondicionalmente a la orden de VALLEY ICE & FUEL CO., INC., o
al Sr. David E. Eymard, el dia _____ en
_____ la cantidad de $ _____
_____ Dolares de Estados Unidos de
Norteamerica, valor recibido a mi entera satisfaccion.
_____, Capitan o Patron de la embarcacion
_____ propiedad de _____

( firma )

**VALLEY ICE & FUEL CO., INC**
**VALLEY LUBRICANTS**
HC-70, Box 14
Brownsville, TX 78521

Invoice Number
5680

Invoice Date
Feb 1 2000

Page
1

Phone:  (956) 831-4123
Fax:    (956) 831-7860

Sold To:

M/V KUKULKAN XIV MEXICAN BOAT
JUAN CARLOS PEREZ MEDRANO
3 ra AVE 706 COL. ISLETA PEREZ
TAMPICO, TAMP., MX
PMJ6203232K6

Ship to

| Customer ID | | Customer PO | | Payment Terms | |
|---|---|---|---|---|---|
| PE1KK14 | | | | Net 30 Days | |
| Sales Rep ID | | Shipping Method | | Ship Date | Due Date |
| | | Cust Pickup | | 2/1/00 | 3/2/00 |

| Quantity | UNIT | Description | Unit Price | Extension |
|---|---|---|---|---|
| 9,915.00 | GALLON | DIESEL/HS/O FF ROAD | 0.9260 | 9,105.40 |
| 1.00 | DRUM | PERFORMANCE SERIES 15W40/HD | 225.650 | 225.65 |
| .00 | PAIL | PERFORMANCE SERIES 40 W/P05 | 23.500 | .00 |
| .00 | BOX | SELECT COLOR RAGS (10LB) | 4.500 | 4.5 |
| 6.00 | EACH | CUMMINS KT150/LUBE (F#PH3612) | 20.3800 | 1.5.50 |
| 2.00 | EACH | HAND CLEANER | 2.1800 | 4.32 |
| 1.00 | PAIR | DECK BOOTS | 16.8750 | 6.8 |
| 1.00 | PAIR | DECK BOOTS 8 | 17.6250 | 7.6 |
| 1.00 | PAIR | DECK BOOTS 10 | 18.1050 | 18.11 |
| .00 | EACH | RAINSUIT EXTRA LARGE | 12.0000 | 06.97 |
| .00 | EACH | SCREWDRIVER LARGE 6" STAND | 5.2099 | 5.21 |
| 6.00 | EACH | GEAR SHIELD X HVY AEROSOL | 7.4850 | 44.9 |

| | |
|---|---|
| Subtotal | Continued |
| Sales Tax | Continued |
| Total Invoice Amount | Continued |
| Payment Received | Continued |
| TOTAL | Continued |

Check No.

Debo y Pagare incondicionalmente a la orden de VALLEY ICE & FUEL CO, INC. o al Sr. David E. Eymard, el dia _____ en _____ la cantidad de $ _____ _____ Dolares de Estados Unidos de Norteamerica, valor recibido a mi entera satisfaccion. _____, Capitan o Patron de la embarcacion _____ propiedad de _____

( firma )

# EXHIBIT W

**VALLEY ICE & FUEL CO., INC.**
**VALLEY LUBRICANTS**
HC-70, Box 14
Brownsville, TX 78521

Phone.    (956) 831-4123
Fax:      (956) 831-7860

Invoice

Invoice Number    54

Invoice Date

Jan 19 200

Pag

Sold To:

M/V MARQUEZ VI MEXICAN BOAT
3 ra AVE 706 COL ISLETA PEREZ
TAMPICO TAMP., MX
PMJ6203232K6

Ship to:

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| PE1M62 | | Net 30 Days |

| Sales Rep ID | Shipping Method | Ship Date | Due Date |
|---|---|---|---|
| | Cust. Pickup | 1/18/00 | 2/17/00 |

| Quantity | UNIT | Description | Unit Price | Extension |
|---|---|---|---|---|
| 12,367.00 | GALLON | DIESEL/HS/OFF ROAD | 0.8450 | 10,469.12 |
| 27.00 | GALLON | PERFORMANCE SERIES 40W/8G | 3.7000 | 99.90 |
| 500.00 | EACH | SHR MP SACK | 0.4450 | 222.50 |
| | | SALE ORDER# 2461 | | |

*(handwritten)* 12-3-01 Transfer
*(handwritten)* PAID
3-27-02 Transfer
Bol. $5928.77
*(handwritten)* 12-4-01 Transfer
*(handwritten)* 1-25-02 Transfer
Bol. $7428.77

Check No.

| | |
|---|---|
| Subtotal | 10,790.52 |
| Sales Tax | .90 |
| Total Invoice Amount | 10,771.42 |
| Payment Received | 0.00 |
| **TOTAL** | **10,771.42** |

PAYMENT FOR THE ABOVE DELIVERED MERCHANDISE ... IF PAID ... LATER THAN 10 DAYS AFTER THE DELIVERY DATE ALL ... AMOUNT WILL ALL DUE
... INTEREST ... THE ... IS THE MAXIMUM ALLOWED BY LAW

Debo y Pagare incondicionalmente a la orden de VALLEY ICE & FUEL CO , INC., o
al Sr. David E. Eymard, el dia _____ en

_____ la cantidad de $ _____

_____ Dolares de Estados Unidos de

Norteamerica, valor recibido a mi entera satisfaccion.

_____ , Capitan o Patron de la embarcacion

_____ propiedad de _____

_____

( firma )

# EXHIBIT X

**VALLEY ICE & FUEL CO., INC.**
**VALLEY LUBRICANTS**
HC-70, Box 14
Brownsville, TX 78521

Invoice

Invoice Number:
13608

Invoice Date:
Aug 1, 2001

Page:
1

Phone:    (956) 831-4123
Fax:      (956) 831-7860

Duplicate

Sold To:
M/V LULU MEXICAN BOAT
DELFINA SOLIS PEREZ
5 DE MAYO # 506 AMP UNIDAD NAL
CD. MADERO, TAMP., MX

Ship to:

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| CO1LUL | | Net 30 Days | |
| Sales Rep ID | Shipping Method | Ship Date | Due Date |
| | Cust. Pickup | 8/1/01 | 8/31/01 |

| Quantity | UNIT | Description | Unit Price | Extension |
|---|---|---|---|---|
| 7,899.00 | GALLON | DIESEL/HS/OFF ROAD | 0.8500 | 6,714.15 |
| 124.00 | GALLON | PERFORMANCE SERIES 15W40/BG | 4.3000 | 533.20 |
| 16.40 | GALLON | GASOLINE | 1.3900 | 22.80 |
| | | SALES ORDER 7667-A/3986 | | |

Check No:

| | |
|---|---|
| Subtotal | 7,270.15 |
| Sales Tax | 33.33 |
| Total Invoice Amount | 7,303.48 |
| Payment Received | 0.00 |
| TOTAL | 7,303.48 |

PAYMENT FOR THE ABOVE DELIVERED MERCHANDISE IS DUE IN FULL NO LATER THAN 30 DAYS AFTER THE DELIVERY DATE. ALL PAST
DUE AMOUNTS WILL ACCRUE INTEREST AT THE RATE OF 1 1/2 PERCENT PER MONTH OR THE MAXIMUM ALLOWED BY LAW.

**Debo y Pagare incondicionalmente a la orden de VALLEY ICE & FUEL CO., INC., o
al Sr. David E. Eymard, el dia _____ en
_____ la cantidad de $_____,
_____ Dolares de Estados Unidos de
Norteamerica, valor recibido a mi entera satisfaccion.
_____, Capitan o Patron de la embarcacion
_____propiedad de _____.
_____
        ( firma )**

# EXHIBIT Y

Invoice

# VALLEY ICE & FUEL CO., INC.
# VALLEY LUBRICANTS
HC-70, Box 14
Brownsville, TX 78521

Invoice Number

11222

Invoice Date:

Feb 12, 2001

Page:

1

Phone:    (956) 831-4123
Fax:    (956) 831-7860

**Sold To:**

MN FIPESCO 79 MEXICAN BOAT
HERIBERTO JARA #1068
COL. MORELOS
TAMPICO, TAMP., MX

**Ship to:**

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| FE1F79 | | Net 30 Days | |
| Sales Rep ID | Shipping Method | Ship Date | Due Date |
| | Cust Pickup | 2/12/01 | 3/14/01 |

| Quantity | UNIT | Description | Unit Price | Extension |
|---|---|---|---|---|
| 5,645.00 | GALLON | DIESEL/HS/OFF ROAD SALES ORDER 6206 / 2978 | 0.9800 | 5,532.10 |

|  |  |
|---|---|
| Subtotal | 5,532.10 |
| Sales Tax | |
| Total Invoice Amount | 5,532.10 |
| Payment Received | 0.00 |
| TOTAL | 5,532.10 |

Check No:

PAYMENT FOR THE ABOVE DELIVERED MERCHANDISE IS DUE IN FULL NO LATER THAN 30 DAYS AFTER THE DELIVERY DATE. ALL PAST DUE AMOUNTS WILL ACCRUE INTEREST AT THE RATE OF 1 1/2 PERCENT PER MONTH OR THE MAXIMUM ALLOWED BY LAW.

Debo y Pagare incondicionalmente a la orden de VALLEY ICE & FUEL CO., INC., o al Sr. David E. Eymard, el dia _____ en _____ la cantidad de $_____, _____ Dolares de Estados Unidos de Norteamerica, valor recibido a mi entera satisfaccion. _____, Capitan o Patron de la embarcacion _____propiedad de _____. _____

( firma )

# VALLEY ICE & FUEL CO., INC.
# VALLEY LUBRICANTS
HC-70, Box 14
Brownsville, TX  78521

Phone:    (956) 831-4123
Fax:      (956) 831-7860

Invoice Number:

11536

Invoice Date:

Mar 12, 2001

Page:

1

Duplicate

Sold To:

M/V FIPESCO 79 MEXICAN BOAT
HERIBERTO JARA #1068
COL. MORELOS
TAMPICO, TAMP., MX

Ship to:

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| FE1F79 | | Net 30 Days |

| Sales Rep ID | Shipping Method | Ship Date | Due Date |
|---|---|---|---|
| | Cust. Pickup | 3/12/01 | 4/11/01 |

| Quantity | UNIT | Description | Unit Price | Extension |
|---|---|---|---|---|
| 5,284.00 | GALLON | DIESEL/HS/OFF ROAD | 0.8450 | 4,464.98 |
| 1.00 | EACH | LANTERN 6 VOLT WATERPROOF | 10.3500 | 10.35 |
| 2.00 | EACH | BATTERY 6 VOLT | 8.5000 | 17.00 |
| 12.00 | PAIR | GLOVES LATEX SIZE 9 1/2 | 2.3700 | 28.44 |
| 12.00 | EACH | WATER - 5 GALLON | 5.2500 | 5.25 |
| 1.00 | EACH | BOTTLE - 5 GALLON PLASTIC | 9.0000 | 9.00 |
| 81.00 | GALLON | PERFORMANCE SERIES 15W40/BG | 4.3000 | 348.30 |
| | | SALES ORDER 6378/3155 | | |

| | | |
|---|---|---|
| Subtotal | | 4,883.32 |
| Sales Tax | | 26.15 |
| Total Invoice Amount | | 4,909.47 |
| Check No: | Payment Received | 0.00 |
| | TOTAL | 4,909.47 |

PAYMENT FOR THE ABOVE DELIVERED MERCHANDISE IS DUE IN FULL NO LATER THAN 30 DAYS AFTER THE DELIVERY DATE.  ALL PAST DUE AMOUNTS WILL ACCRUE INTEREST AT THE RATE OF 1 1/2 PERCENT PER MONTH OR THE MAXIMUM ALLOWED BY LAW.

Debo y Pagare incondicionalmente a la orden de VALLEY ICE & FUEL CO., INC., o al Sr. David E. Eymard, el dia _____ en _____ la cantidad de $_____, _____ Dolares de Estados Unidos de Norteamerica, valor recibido a mi entera satisfaccion. _____, Capitan o Patron de la embarcacion _____propiedad de _____.

_____
      ( firma )

# EXHIBIT Z

**VALLEY ICE & FUEL CO., INC.**
**VALLEY LUBRICANTS**
HC-70, Box 14
Brownsville, TX 78521

Phone:    (956) 831-4123
Fax:      (956) 831-7860

Invoice
Invoice Number
    3122
Invoice Date
Sep 11 2000
    Page

Sold To:                                    Ship to
    M/V CAPTAIN LALO MEXICAN BOAT
    NAMEBERA S.A. DE C.V.
    TULA # 103 COL TAMULIPAS
    TAMPICO, TAMP., MX
    NAM-920709KC7

| Customer ID | | Customer PO | | Payment Terms | |
|---|---|---|---|---|---|
| NA1LAL | | | | Net 30 Days | |
| Sales Rep ID | | Shipping Method | | Ship Date | Due Date |
| | | Cust Pickup | | 9/11/00 | 10/11/00 |

| Quantity | UNIT | Description | Unit Price | Extension |
|---|---|---|---|---|
| 6,685.00 | GALLON | DIESEL/HS/OFF ROAD | 1.1000 | 7,437.20 |
| 104.00 | GALLON | PERFORMANCE SERIES 40W/BG | 4.2000 | 436.80 |
| | | SALES ORDER 4875 | | |

*$1040.00 Transfer*
*Bal. $3951.30*

| | | Subtotal | 7,924.00 |
|---|---|---|---|
| | | Sales Tax | 27.30 |
| | | Total Invoice Amount | 7,951.30 |
| Check No | | Payment Received | 0.00 |
| | | TOTAL | 7,951.30 |

Debo y Pagare incondicionalmente a la orden de VALLEY ICE & FUEL CO., INC., o
al Sr. David E. Eymard, el día _____ en
_____ la cantidad de $ _____
_____ Dolares de Estados Unidos de
Norteamerica, valor recibido a mi entera satisfaccion.
_____, Capitan o Patron de la embarcacion
_____ propiedad de _____

( firma )

# EXHIBIT AA

**VALLEY ICE & FUEL CO., INC.**
**VALLEY LUBRICANTS**
HC-70, Box 14
Brownsville, TX 78521

Invoice

Invoice Number

3839

Invoice Date:

Oct 9, 1999

Page.

1

| Phone: | (956) 831-4123 |
| Fax: | (956) 831-7860 |

Duplicate

Sold To:

M/V SAN ANTONIO II MEXICAN BOA
CALLE 34, # 90-A
CD. DEL CARMEN, CAMPECHE
MEXICO
PECA-450416-R30

Ship to:

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| PE1SA2 | | Net 30 Days | |
| Sales Rep ID | Shipping Method | Ship Date | Due Date |
| | Cust. Pickup | 10/9/99 | 11/8/99 |

| Quantity | UNIT | Description | Unit Price | Extension |
|---|---|---|---|---|
| 11,152.00 | GALLON | DIESEL/HS/OFF ROAD<br>SALE ORDER# 1329 | 0.7200 | 8,029.44 |

| | |
|---|---|
| Subtotal | 8,029.44 |
| Sales Tax | |
| Total Invoice Amount | 8,029.44 |
| Payment Received | 0.00 |
| TOTAL | 3,801.56 |

Check No:    TRAN

PAYMENT FOR THE ABOVE DELIVERED MERCHANDISE IS DUE IN FULL NO LATER THAN 30 DAYS AFTER THE DELIVERY DATE. ALL PAST DUE AMOUNTS WILL
ACCRUE INTEREST AT THE RATE OF 1 1/2 PERCENT PER MONTH OR THE MAXIMUM ALLOWED BY LAW

Debo y Pagare incondicionalmente a la orden de VALLEY ICE & FUEL CO.. INC., o
al Sr. David E. Eymard, el dia _____ en
_____ la cantidad de $_____,
_____ Dolares de Estados Unidos de
Norteamerica, valor recibido a mi entera satisfaccion.
_____, Capitan o Patron de la embarcacion
_____propiedad de _____.

_____
( firma )

**VALLEY ICE & FUEL CO., INC.**
**VALLEY LUBRICANTS**
HC-70, Box 14
Brownsville, TX  78521

| | |
|---|---|
| Phone: | (956) 831-4123 |
| Fax: | (956) 831-7860 |

Invoice

Invoice Number

4949

Invoice Date:

Dec 13, 1999

Page:

1

Duplicate

Sold To:

M/V SAN ANTONIO II MEXICAN BOA
CALLE 34, # 90-A
CD. DEL CARMEN, CAMPECHE
MEXICO
PECA-450416-R30

Ship to:

| Customer ID | | Customer PO | | Payment Terms | |
|---|---|---|---|---|---|
| PE1SA2 | | | | Net 30 Days | |
| Sales Rep ID | | Shipping Method | | Ship Date | Due Date |
| | | Cust. Pickup | | 12/13/99 | 1/12/00 |

| Quantity | UNIT | Description | Unit Price | Extension |
|---|---|---|---|---|
| 9,814.00 | GALLON | DIESEL/HS/OFF ROAD | 0.7600 | 7,458.64 |
| 1.00 | DRUM | TEXACO URSA SUPER 40W/D55 | 242.5500 | 242.55 |
| | | SALE ORDER# 2098 | | |

| | | |
|---|---|---|
| | Subtotal | 7,701.19 |
| | Sales Tax | 15.16 |
| | Total Invoice Amount | 7,716.35 |
| Check No: | Payment Received | 0.00 |
| | TOTAL | 7,716.35 |

PAYMENT FOR THE ABOVE DELIVERED MERCHANDISE IS DUE IN FULL NO LATER THAN 30 DAYS AFTER THE DELIVERY DATE.  ALL PAST DUE AMOUNTS WILL
ACCRUE INTEREST AT THE RATE OF 1 1/2 PERCENT PER MONTH OR THE MAXIMUM ALLOWED BY LAW

Debo  y  Pagare  incondicionalmente  a  la  orden  de  VALLEY  ICE  &  FUEL  CO.,  INC., o
al  Sr.  David  E.  Eymard,  el  dia _____  en
_____  la cantidad de  $_____,
_____  Dolares de Estados Unidos  de
Norteamerica,  valor  recibido  a  mi  entera  satisfaccion.
_____,  Capitan o Patron de la embarcacion
_____propiedad de  _____.

_____
(  firma  )

# EXHIBIT BB

**VALLEY ICE & FUEL CO., INC.**
**VALLEY LUBRICANTS**
HC-70, Box 14
Brownsville, TX 78521

Phone:     (956) 831-4123
Fax:         (956) 831-7860

Invoice

Invoice Number:
13653

Invoice Date:
Aug 3, 2001

Page:
1

Duplicate

Sold To:
M/V FIPESCO 137 MEXICAN BOAT
NAVIERA CAMARONERA DEL CARIBE
REGION 84, MZA 7, LOTE 4
CANCUN, Q.R., MX
NCC970404NC8

Ship to:

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| MA1137 | | Net 30 Days | |
| Sales Rep ID | Shipping Method | Ship Date | Due Date |
| | Cust. Pickup | 8/3/01 | 9/2/01 |

| Quantity | UNIT | Description | Unit Price | Extension |
|---|---|---|---|---|
| 8,255.00 | GALLON | DIESEL/HS/OFF ROAD | 0.8700 | 7,181.85 |
| 1.00 | DRUM | EXXON XD 3 50/D55 | 346.9100 | 346.91 |
| | | SALES ORDER 7712/4046 | | |

|  |  |
|---|---|
| Subtotal | 7,528.76 |
| Sales Tax | 21.68 |
| Total Invoice Amount | 7,550.44 |
| Payment Received | 0.00 |
| TOTAL | 2,980.18 |

Check No:     APPLY CR

PAYMENT FOR THE ABOVE DELIVERED MERCHANDISE IS DUE IN FULL NO LATER THAN 30 DAYS AFTER THE DELIVERY DATE. ALL PAST
DUE AMOUNTS WILL ACCRUE INTEREST AT THE RATE OF 1 1/2 PERCENT PER MONTH OR THE MAXIMUM ALLOWED BY LAW.

**Debo y Pagare incondicionalmente a la orden de VALLEY ICE & FUEL CO., INC., o
al Sr. David E. Eymard, el dia** _____ **en**
_____ **la cantidad de  $_____,**
_____ **Dolares de Estados Unidos de
Norteamerica, valor recibido a mi entera satisfaccion.**
_____, **Capitan o Patron de la embarcacion**
_____ **propiedad de** _____.

_____
**( firma )**

# EXHIBIT CC

Invoice

# VALLEY ICE & FUEL CO., INC.
## VALLEY LUBRICANTS
HC-70, Box 14
Brownsville, TX 78521

Invoice Number:
13679

Invoice Date:
Aug 6, 2001

| Phone: | (956) 831-4123 |
| Fax: | (956) 831-7860 |

Page:
1

Duplicate

Sold To:
M/V FENICIO V MEXICAN BOAT
NAVIERA CAMARONERA DEL CARIBE
REGION 84, MZA 7, LOTE 4
CANCUN, Q.R., MX
NCC970404NC8

Ship to:

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| MA1FE5 | | Net 30 Days | |
| Sales Rep ID | Shipping Method | Ship Date | Due Date |
| | Cust. Pickup | 8/6/01 | 9/5/01 |

| Quantity | UNIT | Description | Unit Price | Extension |
|---|---|---|---|---|
| 5,448.00 | GALLON | DIESEL/HS/OFF ROAD SALES ORDER 7738/4055 | 0.8800 | 4,794.24 |

| | | |
|---|---|---|
| | Subtotal | 4,794.24 |
| | Sales Tax | |
| | Total Invoice Amount | 4,794.24 |
| Check No: | Payment Received | 0.00 |
| | TOTAL | 4,794.24 |

PAYMENT FOR THE ABOVE DELIVERED MERCHANDISE IS DUE IN FULL NO LATER THAN 30 DAYS AFTER THE DELIVERY DATE. ALL PAST DUE AMOUNTS WILL ACCRUE INTEREST AT THE RATE OF 1 1/2 PERCENT PER MONTH OR THE MAXIMUM ALLOWED BY LAW.

**Debo y Pagare incondicionalmente a la orden de VALLEY ICE & FUEL CO., INC., o al Sr. David E. Eymard, el dia _____ en _____ la cantidad de $_____, _____ Dolares de Estados Unidos de Norteamerica, valor recibido a mi entera satisfaccion. _____, Capitan o Patron de la embarcacion _____propiedad de _____.**

_____
**( firma )**

# EXHIBIT DD

Invoice

**VALLEY ICE & FUEL CO., INC.**
**VALLEY LUBRICANTS**
HC-70, Box 14
Brownsville, TX 78521

Invoice Number:
13878

Invoice Date:
Aug 18, 2001

Phone:    (956) 831-4123
Fax:      (956) 831-7860

Page:
1

Duplicate

Sold To:                                          Ship to:

M/V FIPESCO 93 MEXICAN BOAT
NAVIERA PERCEL S.A. DE C.V.
AV. RESURGIMIENTO # 116 ALTOS
CAMPECHE, CAMP. MEX. 24030
NPE-920829-UE1

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| CE1F93 | | Net 30 Days | |
| Sales Rep ID | Shipping Method | Ship Date | Due Date |
| | Cust. Pickup | 8/18/01 | 9/17/01 |

| Quantity | UNIT | Description | Unit Price | Extension |
|---|---|---|---|---|
| 10,973.00 | GALLON | DIESEL/HS/OFF ROAD<br>SALE ORDER# 7926 | 0.8600 | 9,436.78 |

|  |  |
|---|---|
| Subtotal | 9,436.78 |
| Sales Tax | |
| Total Invoice Amount | 9,436.78 |
| Payment Received | 0.00 |
| TOTAL | 9,436.78 |

Check No:

PAYMENT FOR THE ABOVE DELIVERED MERCHANDISE IS DUE IN FULL NO LATER THAN 30 DAYS AFTER THE DELIVERY DATE. ALL PAST DUE AMOUNTS WILL ACCRUE INTEREST AT THE RATE OF 1 1/2 PERCENT PER MONTH OR THE MAXIMUM ALLOWED BY LAW.

**Debo y Pagare incondicionalmente a la orden de VALLEY ICE & FUEL CO., INC., o al Sr. David E. Eymard, el dia _____ en _____ la cantidad de $_____, _____ Dolares de Estados Unidos de Norteamerica, valor recibido a mi entera satisfaccion. _____, Capitan o Patron de la embarcacion _____propiedad de _____.**
**_____**
**( firma )**

# EXHIBIT EE

Invoice

**VALLEY ICE & FUEL CO., INC.**
**VALLEY LUBRICANTS**
HC-70, Box 14
Brownsville, TX 78521

Invoice Number:

13883

Invoice Date:

Aug 20, 2001

Phone:    (956) 831-4123
Fax:      (956) 831-7860

Page:

1

Duplicate

Sold To:

M/V MARQUEZ III MEXICAN BOAT
NAVIERA Y PESQ. MIROLAMA SA CV
AV. RESURGIMIENTO # 116  ALTOS
CAMPECHE, CAMP. MEX. 24030
NPM-960326-ER9

Ship to:

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| CE1MA3 | | Net 30 Days | |
| Sales Rep ID | Shipping Method | Ship Date | Due Date |
| | Cust. Pickup | 8/20/01 | 9/19/01 |

| Quantity | UNIT | Description | Unit Price | Extension |
|---|---|---|---|---|
| 13,792.00 | GALLON | DIESEL/HS/OFF ROAD | 0.8600 | 11,861.12 |
| 110.00 | GALLON | PERFORMANCE SERIES 40W/BG | 4.2000 | 462.00 |
| | | SALE ORDER# 7933 | | |

|  |  |
|---|---|
| Subtotal | 12,323.12 |
| Sales Tax | 28.88 |
| Total Invoice Amount | 12,352.00 |
| Payment Received | 0.00 |
| TOTAL | 12,054.77 |

Check No:    TRAN

PAYMENT FOR THE ABOVE DELIVERED MERCHANDISE IS DUE IN FULL NO LATER THAN 30 DAYS AFTER THE DELIVERY DATE.  ALL PAST
DUE AMOUNTS WILL ACCRUE INTEREST AT THE RATE OF 1 1/2 PERCENT PER MONTH OR THE MAXIMUM ALLOWED BY LAW.

**Debo  y  Pagare  incondicionalmente  a  la  orden  de  VALLEY  ICE  &  FUEL  CO.,  INC., o
al  Sr.  David  E.  Eymard,  el  dia** _____ **en**
_____ **la cantidad de  $**_____**,**
_____ **Dolares de Estados Unidos  de
Norteamerica,  valor  recibido  a  mi  entera  satisfaccion.**
_____**,  Capitan o Patron de la embarcacion**
_____**propiedad de** _____**.**
_____
        **( firma )**

# EXHIBIT FF

Invoice

# VALLEY ICE & FUEL CO., INC.
# VALLEY LUBRICANTS
HC-70, Box 14
Brownsville, TX 78521

Invoice Number:
13879

Invoice Date:
Aug 18, 2001

| Phone: | (956) 831-4123 | Page: |
|---|---|---|
| Fax: | (956) 831-7860 | 1 |

Duplicate

Sold To:

M/V EDWARD  MEXICAN VESSEL
NAVIERA CAMPECHE MARVEL S.A.
AVE. RESURGIMIENTO #116  ALTO
CAMPECHE, CAMP., MX
NCM 9912063H5

Ship to:

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| CE1EDW | | Net 30 Days | |
| Sales Rep ID | Shipping Method | Ship Date | Due Date |
| | Our Truck | 8/18/01 | 9/17/01 |

| Quantity | UNIT | Description | Unit Price | Extension |
|---|---|---|---|---|
| 14,637.00 | GALLON | DIESEL/HS/OFF ROAD<br>SALE ORDER# 7927 | 0.8600 | 12,587.82 |

| | | |
|---|---|---|
| | Subtotal | 12,587.82 |
| | Sales Tax | |
| | Total Invoice Amount | 12,587.82 |
| Check No:   TRAN | Payment Received | 0.00 |
| | TOTAL | 12,321.42 |

PAYMENT FOR THE ABOVE DELIVERED MERCHANDISE IS DUE IN FULL NO LATER THAN 30 DAYS AFTER THE DELIVERY DATE.  ALL PAST
DUE AMOUNTS WILL ACCRUE INTEREST AT THE RATE OF 1 1/2 PERCENT PER MONTH OR THE MAXIMUM ALLOWED BY LAW.

**Debo  y  Pagare incondicionalmente  a  la  orden  de  VALLEY  ICE  &  FUEL  CO.,  INC., o
al  Sr.  David  E.  Eymard,  el  dia** _____ **en**
_____ **la cantidad de  $**_____,
_____ **Dolares de Estados Unidos  de
Norteamerica,  valor  recibido  a  mi  entera  satisfaccion.**
_____, **Capitan o Patron de la embarcacion**
_____**propiedad de** _____.
_____
**( firma )**

# EXHIBIT GG

Invoice

# VALLEY ICE & FUEL CO., INC.
# VALLEY LUBRICANTS
HC-70, Box 14
Brownsville, TX 78521

Invoice Number:

13747

Invoice Date:

Aug 9, 2001

Phone:     (956) 831-4123
Fax:       (956) 831-7860

Page:

1

Duplicate

Sold To:                                          Ship to:

M/V CONCORDIA I MEXICAN BOAT
NAVIERA Y PESQUERA CONCORDIA
AV. RESURGIMIENTO # 116, ALTOS
CAMPECHE, CAMP., MX
NPC 991123JHA

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| CE1CON | | Net 30 Days | |
| Sales Rep ID | Shipping Method | Ship Date | Due Date |
| - | Cust. Pickup | 8/9/01 | 9/8/01 |

| Quantity | UNIT | Description | Unit Price | Extension |
|---|---|---|---|---|
| 8,442.00 | GALLON | DIESEL/HS/OFF ROAD | 0.8750 | 7,386.75 |
| 109.00 | GALLON | PERFORMANCE SERIES 40W/BG | 4.2000 | 457.80 |
| 1.00 | PAIL | EXXON RONEX MP/P35 | 52.4800 | 52.48 |
| 1.00 | EACH | SCREWDRIVER LARGE 6" STAND | 6.3600 | 6.36 |
| 1.00 | EACH | HACK SAW FRAME | 13.0000 | 13.00 |
| 2.00 | EACH | ELECTRICAL TAPE (BLK) | 0.7400 | 1.48 |
| 1.00 | DRUM | BLUE DRUM | 25.0000 | 25.00 |
| | | SALE ORDER# 7806 | | |
| | | DELIVERY TICKET# 17538 | | |

| | |
|---|---|
| Subtotal | 7,942.87 |
| Sales Tax | 34.76 |
| Total Invoice Amount | 7,977.63 |
| Payment Received | 0.00 |
| TOTAL | 400.69 |

Check No:   CASH

PAYMENT FOR THE ABOVE DELIVERED MERCHANDISE IS DUE IN FULL NO LATER THAN 30 DAYS AFTER THE DELIVERY DATE. ALL PAST
DUE AMOUNTS WILL ACCRUE INTEREST AT THE RATE OF 1 1/2 PERCENT PER MONTH OR THE MAXIMUM ALLOWED BY LAW.

**Debo  y  Pagare  incondicionalmente  a  la  orden  de  VALLEY  ICE  &  FUEL  CO.,  INC., o
al  Sr.  David  E.  Eymard,  el  dia** _____ **en**
_____ **la cantidad de  $**_____ **,**
_____ **Dolares de Estados Unidos  de
Norteamerica,  valor  recibido  a  mi  entera  satisfaccion.**
_____**,  Capitan o Patron de la embarcacion**
_____**propiedad de** _____**.**
_____
**( firma )**

# EXHIBIT HH

**VALLEY ICE & FUEL CO., INC.**
**VALLEY LUBRICANTS**
HC-70, Box 14
Brownsville, TX 78521

Invoice

Invoice Number:
13786

Invoice Date:
Aug 13, 2001

Page:
1

| Phone: | (956) 831-4123 |
| Fax: | (956) 831-7860 |

Duplicate

**Sold To:**
M/V DON ALVARO III MEXICAN BOA
LAUREANO J. CEBALLOS FUENTES
AV. RESURGIMIENTO # 114
CAMPECHE, CAMP. MEX. 24030
CEFL-511005-A56

**Ship to:**

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| CE1DA3 | | Net 30 Days | |
| Sales Rep ID | Shipping Method | Ship Date | Due Date |
| | Cust. Pickup | 8/13/01 | 9/12/01 |

| Quantity | UNIT | Description | Unit Price | Extension |
|---|---|---|---|---|
| 6,292.00 | GALLON | DIESEL/HS/OFF ROAD<br>SALE ORDER# 7843 | 0.8850 | 5,568.42 |

| | |
|---|---|
| Subtotal | 5,568.42 |
| Sales Tax | |
| Total Invoice Amount | 5,568.42 |
| Payment Received | 0.00 |
| TOTAL | 5,568.42 |

Check No:

PAYMENT FOR THE ABOVE DELIVERED MERCHANDISE IS DUE IN FULL NO LATER THAN 30 DAYS AFTER THE DELIVERY DATE. ALL PAST
DUE AMOUNTS WILL ACCRUE INTEREST AT THE RATE OF 1 1/2 PERCENT PER MONTH OR THE MAXIMUM ALLOWED BY LAW.

**Debo y Pagare incondicionalmente a la orden de VALLEY ICE & FUEL CO., INC., o
al Sr. David E. Eymard, el dia _____ en
_____ la cantidad de $_____,
_____ Dolares de Estados Unidos de
Norteamerica, valor recibido a mi entera satisfaccion.
_____, Capitan o Patron de la embarcacion
_____propiedad de _____.
_____
( firma )**

# EXHIBIT II

**VALLEY ICE & FUEL CO., INC.**
**VALLEY LUBRICANTS**
HC-70, Box 14
Brownsville, TX 78521

Phone:    (956) 831-4123
Fax:      (956) 831-7860

Invoice

Invoice Number:

13776

Invoice Date:

Aug 13, 2001

Page:

1

Duplicate

Sold To:
M/V CAMARONERA VII MEXICAN BOA
LAUREANO J. CEBALLOS FUENTES
AV. RESURGIMIENTO # 114
CAMPECJE, CAMP. MEX. 24030
CEFL-511005-A56

Ship to:

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| CE1CA7 | | Net 30 Days | |
| Sales Rep ID | Shipping Method | Ship Date | Due Date |
| | Cust. Pickup | 8/13/01 | 9/12/01 |

| Quantity | UNIT | Description | Unit Price | Extension |
|---|---|---|---|---|
| 6,048.00 | GALLON | DIESEL/HS/OFF ROAD | 0.8850 | 5,352.48 |
| 70.00 | GALLON | PERFORMANCE SERIES 40W/BG | 4.2000 | 294.00 |
| 6.00 | EACH | CUMMINS KT1150/FUEL (F#P3528a) | 7.4900 | 44.94 |
| 2.00 | EACH | CAT 3408/LUBE (F#PH3335) | 22.4900 | 44.98 |
| 2.00 | EACH | CAT 3408/AIR (F#PA2571) | 102.7500 | 102.75 |
| | | SALE ORDER# 7834 | | |

| | |
|---|---|
| Subtotal | 5,839.15 |
| Sales Tax | 30.42 |
| Total Invoice Amount | 5,869.57 |
| Payment Received | 0.00 |
| TOTAL | 5,869.57 |

Check No:

PAYMENT FOR THE ABOVE DELIVERED MERCHANDISE IS DUE IN FULL NO LATER THAN 30 DAYS AFTER THE DELIVERY DATE. ALL PAST DUE AMOUNTS WILL ACCRUE INTEREST AT THE RATE OF 1 1/2 PERCENT PER MONTH OR THE MAXIMUM ALLOWED BY LAW.

**Debo y Pagare incondicionalmente a la orden de VALLEY ICE & FUEL CO., INC., o al Sr. David E. Eymard, el dia** _____ **en** _____ **la cantidad de $_____,** _____ **Dolares de Estados Unidos de Norteamerica, valor recibido a mi entera satisfaccion.** _____, **Capitan o Patron de la embarcacion** _____ **propiedad de** _____.

_____
**( firma )**

# EXHIBIT JJ

Invoice

# VALLEY ICE & FUEL CO., INC.
# VALLEY LUBRICANTS
HC-70, Box 14
Brownsville, TX 78521

Invoice Number:

14756

Invoice Date:

Oct 12, 2001

Page:

1

Phone:    (956) 831-4123
Fax:      (956) 831-7860

Duplicate

Sold To:

M/V APOLO MEXICAN BOAT
LAUREANO J. CEBALLOS FUENTES
AV. RESURGIMIENTO # 114
CAMPECHE, CAMP. MEX. 24030
CEFL-511005-A56

Ship to:

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| CE1APO | | Net 30 Days | |
| Sales Rep ID | Shipping Method | Ship Date | Due Date |
| | Cust. Pickup | 10/12/01 | 11/11/01 |

| Quantity | UNIT | Description | Unit Price | Extension |
|---|---|---|---|---|
| 5,915.00 | GALLON | DIESEL/HS/OFF ROAD | 0.7900 | 4,672.85 |
| 42.00 | GALLON | PERFORMANCE SERIES 40W/BG | 4.2000 | 176.40 |
| 12.00 | EACH | CUMMINS KT1150/FUEL (F#P3528a) | 7.4900 | 89.88 |
| 6.00 | EACH | CUMMINS KT1150/LUBE (F#PH3612) | 22.4900 | 134.94 |
| 6.00 | EACH | CUMMINS KT1150/WATER(F#PR3304) | 13.2600 | 26.52 |
| 1.00 | EACH | BATTERY 6 VOLT | 8.5000 | 8.50 |
| 4.00 | EACH | TWINE - NYTEX #18 GREEN | 8.9550 | 35.82 |
| 4.00 | EACH | TWINE - NYTEX #42 GREEN | 8.4600 | 33.84 |
| 2.00 | EACH | RAINSUIT EXTRA LARGE | 14.4000 | 28.80 |
| 6.00 | EACH | RAID ROACH FOGGER | 3.4900 | 20.94 |
| 75.00 | FOOT | ROPE POLY DAC 1/2" | 0.2100 | 15.75 |
| 4.00 | EACH | SHACKLE GALVANIZED 5/16" | 0.7500 | 3.00 |

|  |  |
|---|---|
| Subtotal | 5,251.54 |
| Sales Tax | 36.17 |
| Total Invoice Amount | 5,287.71 |
| Payment Received | 0.00 |
| TOTAL | 5,287.71 |

Check No:

PAYMENT FOR THE ABOVE DELIVERED MERCHANDISE IS DUE IN FULL NO LATER THAN 30 DAYS AFTER THE DELIVERY DATE. ALL PAST DUE AMOUNTS WILL ACCRUE INTEREST AT THE RATE OF 1 1/2 PERCENT PER MONTH OR THE MAXIMUM ALLOWED BY LAW.

**Debo y Pagare incondicionalmente a la orden de VALLEY ICE & FUEL CO., INC., o al Sr. David E. Eymard, el dia** _____ **en** _____ **la cantidad de $** _____, _____ **Dolares de Estados Unidos de Norteamerica, valor recibido a mi entera satisfaccion.** _____, **Capitan o Patron de la embarcacion** _____ **propiedad de** _____. _____
**( firma )**

# EXHIBIT KK

**VALLEY ICE & FUEL CO., INC.**
**VALLEY LUBRICANTS**
HC-70, Box 14
Brownsville, TX 78521

Phone:    (956) 831-4123
Fax:      (956) 831-7860

Invoice

Invoice Number:

14750

Invoice Date:

Oct 12, 2001

Page:

1

Duplicate

Sold To:

M/V MONICA III MEXICAN BOAT
MONICA PATRICIA CEBALLOS A.
AV. RESURGIMIENTO # 116, ALTOS
CAMPECHE, CAMP. MEX. 24030
CEAM-730930 FJ9

Ship to:

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| CE1MO3 | | Net 30 Days | |
| Sales Rep ID | Shipping Method | Ship Date | Due Date |
| · | Cust. Pickup | 10/12/01 | 11/11/01 |

| Quantity | UNIT | Description | Unit Price | Extension |
|---|---|---|---|---|
| 11,530.00 | GALLON | DIESEL/HS/OFF ROAD | 0.7900 | 9,108.70 |
| 78.00 | GALLON | PERFORMANCE SERIES 40W/BG | 4.2000 | 327.60 |
| | | SALES ORDER 8514/4407 | | |

| | |
|---|---|
| Subtotal | 9,436.30 |
| Sales Tax | 20.48 |
| Total Invoice Amount | 9,456.78 |
| Payment Received | 0.00 |
| TOTAL | 9,456.78 |

Check No:

PAYMENT FOR THE ABOVE DELIVERED MERCHANDISE IS DUE IN FULL NO LATER THAN 30 DAYS AFTER THE DELIVERY DATE. ALL PAST
DUE AMOUNTS WILL ACCRUE INTEREST AT THE RATE OF 1 1/2 PERCENT PER MONTH OR THE MAXIMUM ALLOWED BY LAW.

**Debo y Pagare incondicionalmente a la orden de VALLEY ICE & FUEL CO., INC., o
al Sr. David E. Eymard, el dia _____ en
_____ la cantidad de $_____,
_____ Dolares de Estados Unidos de
Norteamerica, valor recibido a mi entera satisfaccion.
_____, Capitan o Patron de la embarcacion
_____propiedad de _____.
_____**
**( firma )**

Invoice

# VALLEY ICE & FUEL CO., INC.
## VALLEY LUBRICANTS
HC-70, Box 14
Brownsville, TX  78521

Invoice Number:

13858

Invoice Date:

Aug 17, 2001

| | |
|---|---|
| Phone: | (956) 831-4123 |
| Fax: | (956) 831-7860 |

Page:

1

Duplicate

Sold To:
M/V MONICA III MEXICAN BOAT
MONICA PATRICIA CEBALLOS A.
AV. RESURGIMIENTO # 116, ALTOS
CAMPECHE, CAMP. MEX. 24030
CEAM-730930 FJ9

Ship to:

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| CE1MO3 | | Net 30 Days | |
| Sales Rep ID | Shipping Method | Ship Date | Due Date |
| . | Cust. Pickup | 8/17/01 | 9/16/01 |

| Quantity | UNIT | Description | Unit Price | Extension |
|---|---|---|---|---|
| 8,663.00 | GALLON | DIESEL/HS/OFF ROAD | 0.8800 | 7,623.44 |
| 121.00 | GALLON | PERFORMANCE SERIES 40W/BG | 4.2000 | 508.20 |
| | | SALE ORDER# 7906 | | |

| | |
|---|---|
| Subtotal | 8,131.64 |
| Sales Tax | 31.76 |
| Total Invoice Amount | 8,163.40 |
| Payment Received | 0.00 |
| TOTAL | 8,163.40 |

Check No:

PAYMENT FOR THE ABOVE DELIVERED MERCHANDISE IS DUE IN FULL NO LATER THAN 30 DAYS AFTER THE DELIVERY DATE.  ALL PAST DUE AMOUNTS WILL ACCRUE INTEREST AT THE RATE OF 1 1/2 PERCENT PER MONTH OR THE MAXIMUM ALLOWED BY LAW.

**Debo y Pagare incondicionalmente a la orden de VALLEY ICE & FUEL CO., INC., o al Sr. David E. Eymard, el dia _____ en _____ la cantidad de $_____, _____ Dolares de Estados Unidos de Norteamerica, valor recibido a mi entera satisfaccion._____, Capitan o Patron de la embarcacion _____propiedad de _____.**

_____
**( firma )**

# EXHIBIT LL

Invoice

# VALLEY ICE & FUEL CO., INC.
## VALLEY LUBRICANTS
HC-70, Box 14
Brownsville, TX 78521

Invoice Number:

13859

Invoice Date:

Aug 17, 2001

| Phone: | (956) 831-4123 |
|--------|----------------|
| Fax:   | (956) 831-7860 |

Page:

1

Duplicate

Sold To:

M/V DON ALVARO IV MEXICAN BOAT
NAVIERA CAMPECHE STAR SA DE CV
AV. RESURGIMIENTO # 116 ALTOS
CAMPECHE CAMPECHE 24030
NCS 970624 EL1

Ship to:

| Customer ID | Customer PO | Payment Terms | |
|-------------|-------------|---------------|--|
| CE1DA4 | | Net 30 Days | |
| Sales Rep ID | Shipping Method | Ship Date | Due Date |
| . | Cust. Pickup | 8/17/01 | 9/16/01 |

| Quantity | UNIT | Description | Unit Price | Extension |
|----------|------|-------------|------------|-----------|
| 10,347.00 | GALLON | DIESEL/HS/OFF ROAD | 0.8800 | 9,105.36 |
| 138.00 | GALLON | PERFORMANCE SERIES 40W/BG | 4.2000 | 579.60 |
| | | SALE ORDER# 7907 | | |

| | |
|--|--|
| Subtotal | 9,684.96 |
| Sales Tax | 36.23 |
| Total Invoice Amount | 9,721.19 |
| Payment Received | 0.00 |
| TOTAL | 9,721.19 |

Check No:

PAYMENT FOR THE ABOVE DELIVERED MERCHANDISE IS DUE IN FULL NO LATER THAN 30 DAYS AFTER THE DELIVERY DATE. ALL PAST DUE AMOUNTS WILL ACCRUE INTEREST AT THE RATE OF 1 1/2 PERCENT PER MONTH OR THE MAXIMUM ALLOWED BY LAW.

**Debo y Pagare incondicionalmente a la orden de VALLEY ICE & FUEL CO., INC., o al Sr. David E. Eymard, el dia _____ en _____ la cantidad de $_____, _____ Dolares de Estados Unidos de Norteamerica, valor recibido a mi entera satisfaccion. _____, Capitan o Patron de la embarcacion _____propiedad de _____. _____ ( firma )**

# EXHIBIT MM

Invoice

# VALLEY ICE & FUEL CO., INC.
# VALLEY LUBRICANTS
HC-70, Box 14
Brownsville, TX 78521

Invoice Number:

14751

Invoice Date:

Oct 12, 2001

Page:

1

Phone:    (956) 831-4123
Fax:      (956) 831-7860

Duplicate

Sold To:
M/V MONICA II MEXICAN BOAT
MONICA PATRICIA CEBALLOS A.
AV. RESURGIMIENTO # 116, ALTOS
CAMPECHE, CAMP. MEX. 24030
CEAM-730930 FJ9

Ship to:

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| CE1MO2 | | Net 30 Days | |
| Sales Rep ID | Shipping Method | Ship Date | Due Date |
| ` | Cust. Pickup | 10/12/01 | 11/11/01 |

| Quantity | UNIT | Description | Unit Price | Extension |
|---|---|---|---|---|
| 8,855.00 | GALLON | DIESEL/HS/OFF ROAD | 0.7900 | 6,995.45 |
| 119.00 | GALLON | PERFORMANCE SERIES 40W/BG | 4.2000 | 499.80 |
| 12.00 | EACH | CUMMINS KT1150/FUEL (F#P3528a) | 7.4900 | 89.88 |
| 6.00 | EACH | CUMMINS KT1150/LUBE (F#PH3612) | 22.4900 | 134.94 |
| 6.00 | PAIL | HYD AW 68/PO5 | 18.3600 | 36.72 |
| | | SALES ORDER 8515/4408 | | |

| | |
|---|---|
| Subtotal | 7,756.79 |
| Sales Tax | 47.58 |
| Total Invoice Amount | 7,804.37 |
| Payment Received | 0.00 |
| TOTAL | 7,804.37 |

Check No:

PAYMENT FOR THE ABOVE DELIVERED MERCHANDISE IS DUE IN FULL NO LATER THAN 30 DAYS AFTER THE DELIVERY DATE. ALL PAST
DUE AMOUNTS WILL ACCRUE INTEREST AT THE RATE OF 1 1/2 PERCENT PER MONTH OR THE MAXIMUM ALLOWED BY LAW.

**Debo y Pagare incondicionalmente a la orden de VALLEY ICE & FUEL CO., INC., o
al Sr. David E. Eymard, el dia _____ en
_____ la cantidad de $_____,
_____ Dolares de Estados Unidos de
Norteamerica, valor recibido a mi entera satisfaccion._____, Capitan o Patron de la embarcacion
_____propiedad de _____.
_____**

**( firma )**

# EXHIBIT NN

**VALLEY ICE & FUEL CO., INC.**
**VALLEY LUBRICANTS**
HC-70, Box 14
Brownsville, TX 78521

Invoice

| | |
|---|---|
| Invoice Number | 4950 |
| Invoice Date. | Dec 13, 1999 |
| Page | 1 |

Phone:   (956) 831-4123
Fax:     (956) 831-7860

Duplicate

**Sold To:**
M/V LAGUNA DE PANLAO IX MEXICA
CALLE 34, # 90-A
CD. DEL CARMEN, CAMPECHE
MEXICO
PECA-450416-R30

**Ship to:**

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| PE1LA9 | | Net 30 Days |

| Sales Rep ID | Shipping Method | Ship Date | Due Date |
|---|---|---|---|
| | Cust. Pickup | 12/13/99 | 1/12/00 |

| Quantity | UNIT | Description | Unit Price | Extension |
|---|---|---|---|---|
| 8,177.00 | GALLON | DIESEL/HS/OFF ROAD | 0.7600 | 6,214.52 |
| 1.00 | DRUM | TEXACO URSA SUPER 40W/D55 | 242.5500 | 242.55 |
| | | SALE ORDER# 2099 | | |

| | |
|---|---|
| Subtotal | 6,457.07 |
| Sales Tax | 15.16 |
| Total Invoice Amount | 6,472.23 |
| Payment Received | 0.00 |
| TOTAL | 6,472.23 |

Check No:

PAYMENT FOR THE ABOVE DELIVERED MERCHANDISE IS DUE IN FULL NO LATER THAN 30 DAYS AFTER THE DELIVERY DATE  ALL PAST DUE AMOUNTS WILL
ACCRUE INTEREST AT THE RATE OF 1 1/2 PERCENT PER MONTH OR THE MAXIMUM ALLOWED BY LAW

Debo  y  Pagare  incondicionalmente  a  la  orden  de  VALLEY  ICE  &  FUEL  CO.,  INC., o
al  Sr.  David  E.  Eymard,  el  dia  _____  en
_____  la cantidad de  $_____,
_____  Dolares de Estados Unidos  de
Norteamerica,  valor  recibido  a  mi  entera  satisfaccion.
_____,  Capitan o Patron de la embarcacion
_____propiedad de  _____.
_____
( firma )

Invoice

# VALLEY ICE & FUEL CO., INC.
# VALLEY LUBRICANTS
HC-70, Box 14
Brownsville, TX 78521

Invoice Number:

14374

Invoice Date:

Sep 19, 2001

| Phone: | (956) 831-4123 |
| Fax: | (956) 831-7860 |

Page:

1

Duplicate

**Sold To:**

M/V LAGUNA DE PANLAO IX MEXICO

**Ship to:**

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| MA1LA9 | | Net 30 Days | |
| Sales Rep ID | Shipping Method | Ship Date | Due Date |
| | Our Truck | 9/19/01 | 10/19/01 |

| Quantity | UNIT | Description | Unit Price | Extension |
|---|---|---|---|---|
| 8,718.00 | GALLON | DIESEL/HS/OFF ROAD | 0.9500 | 8,282.10 |
| 160.00 | GALLON | PERFORMANCE SERIES 40W/BG | 4.2000 | 672.00 |
| | | SALE ORDER# 8264 | | |

|  |  |
|---|---|
| Subtotal | 8,954.10 |
| Sales Tax | 42.00 |
| Total Invoice Amount | 8,996.10 |
| Payment Received | 0.00 |
| TOTAL | 8,996.10 |

Check No:

PAYMENT FOR THE ABOVE DELIVERED MERCHANDISE IS DUE IN FULL NO LATER THAN 30 DAYS AFTER THE DELIVERY DATE. ALL PAST
DUE AMOUNTS WILL ACCRUE INTEREST AT THE RATE OF 1 1/2 PERCENT PER MONTH OR THE MAXIMUM ALLOWED BY LAW.

**Debo y Pagare incondicionalmente a la orden de VALLEY ICE & FUEL CO., INC., o
al Sr. David E. Eymard, el dia _____ en
_____ la cantidad de \$_____,
_____ Dolares de Estados Unidos de
Norteamerica, valor recibido a mi entera satisfaccion.
_____, Capitan o Patron de la embarcacion
_____propiedad de _____.
_____
　( firma )**