

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| VALLEY ICE & FUEL CO., INC. § | |
| § | |
| Plaintiff, § | |
| § | |
| VS § | CIVIL ACTION NO. __B-02-139 |
| § | |
| F/V 15 DE OCTUBRE I, § | |
| F/V ESPERANZA V, § | |
| F/V DONOSTI III, F/V DONOSTI IV, § | |
| F/V ROJIMAR I, F/V ROJIMAR II § | |
| F/V DONOSTI V, F/V EASO I, § | |
| F/V CAMARONES DEL GOLFO XII, § | |
| F/V EASO II, F/V FIPESCO 93 § | |
| F/V EASO IV, F/V PORTHOS I § | |
| F/V PORTHOS II, F/V VILUJO I § | |
| F/V DON CEFE, F/V APOLO, § | |
| F/V MECOACAN II, F/V PONY CHIEF, § | |
| F/V ALHAMBRA II, F/V LULU § | |
| F/V MOJAVE CHIEF, F/V FIPESCO 79 § | |
| F/V DON JUAN, F/V CAMARONERA VII § | |
| F/V ANDRES GARCIA, F/V EDWARD § | |
| F/V KULKULKAN XIV, F/V TAURO, § | |
| F/V MARQUEZ VI, F/V MONICA II, § | |
| F/V CONCORDIA I, F/V MARQUEZ III § | |
| F/V MONICA III, F/V DON ALVARO III, § | |
| F/V DON ALVARO IV, F/V FENICO V § | |
| F/V FIPESCO 51, F/V FIPESCO 90 § | |
| F/V FIPESCO 137, § | |
| F/V LAGUNA DE PANLAO IX § | |
| F/V CAPITAN LALO, § | |
| F/V SAN ANTONIO II, § | |
| their engines, tackle, apparel § | |
| and furniture, IN REM, § | |
| § | |
| Defendants, § | |

Agreement of Indemnity

## AGREEMENT OF INDEMNITY

Plaintiff, VALLEY ICE & FUEL CO., INC., a Texas corporation with its principal place of business being located in Cameron County, Texas, hereby agrees to indemnify and hold harmless the U. S. Marshal of the Southern District of Texas, United States of America, any deputy, agent, servant, employee and the surety or sureties on the official bond of said U. S. Marshal, from and against all claims, demands and causes of action, direct or indirect, of every kind and character whatsoever, arising, directly or indirectly, by reason of the service of a Warrant of Arrest of the above named Defendant Vessels, their engines, nets, tackle, apparel, and furniture, *in rem*, and the subsequent redelivery of possession of the subject Vessels to the care and custody of Marine Salvage & Services, Inc. at its facility in Port Isabel, Texas, and agrees to reimburse the aforesaid, or any of them, for all expenses, including reasonable attorney fees incurred in defending against any such claim, demands or causes of action.

EXECUTED this _9th_ day of July, 2002.

VALLEY ICE & FUEL CO., INC.,
Plaintiff

By: _____
DAVID EYMARD, President

ACKNOWLEDGMENT

THE STATE OF TEXAS   §

COUNTY OF CAMERON   §

    This instrument was acknowledged before me on the _8th_ day of August, 2001 by DAVID EYMARD, in his capacity as President of VALLEY ICE & FUEL CO., INC., a Texas corporation.

                                                    *Patsy L. Naber*
                                        Notary Public, State of Texas

My Commission Expires:



Agreement of Indemnity