IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUL 11 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| VALLEY ICE & FUEL CO., INC. | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS | § | CIVIL ACTION NO. B-02-139 |
| | § | |
| F/V 15 DE OCTUBRE I, | § | |
| F/V ESPERANZA V, | § | |
| F/V DONOSTI III, F/V DONOSTI IV, | § | |
| F/V ROJIMAR I, F/V ROJIMAR II, | § | |
| F/V DONOSTI V, F/V EASO I, | § | |
| F/V CAMARONES DEL GOLFO XII, | § | |
| F/V EASO II, F/V FIPESCO 93, | § | |
| F/V EASO IV, F/V PORTHOS I | § | |
| F/V PORTHOS II, F/V VILUJO I | § | |
| F/V DON CEFE, F/V APOLO, | § | |
| F/V MECOACAN II, F/V PONY CHIEF, | § | |
| F/V ALHAMBRA II, F/V LULU | § | |
| F/V MOJAVE CHIEF, F/V FIPESCO 79 | § | |
| F/V DON JUAN, F/V CAMARONERA VII | § | |
| F/V ANDRES GARCIA, F/V EDWARD | § | |
| F/V KULKULKAN XIV, F/V TAURO, | § | |
| F/V MARQUEZ VI,  F/V MONICA II, | § | |
| F/V CONCORDIA I, F/V MARQUEZ III | § | |
| F/V MONICA III, F/V DON ALVARO III, | § | |
| F/V DON ALVARO IV, F/V FENICO V | § | |
| F/V FIPESCO 51, F/V FIPESCO 90 | § | |
| F/V FIPESCO 137, | § | |
| F/V LAGUNA DE PANLAO IX | § | |
| F/V CAPITAN LALO, | § | |
| F/V SAN ANTONIO II, | § | |
| their engines, tackle, apparel | § | |
| and furniture, IN REM, | § | |
| | § | |
| Defendants, | § | |

## ORDER OF NOTICE

The Court orders Plaintiff, VALLEY ICE & FUEL CO., INC., to provide notice of this civil action pursuant to 46 U.S.C. § 31325(d)(1). Upon the arrest of a vessel a copy of the complaint and a copy of the Order of Arrest shall be sent by certified mail to:

(a) the master or individual in charge of the vessel arrested; and, if applicable;

(b) any person that recorded under Title 46 U.S.C. § 31343(a) or (d) a notice of a claim for an undischarged lien on the vessels; and, if applicable;

(c) a mortgagee of a mortgage filed or recorded under Title 46 U.S.C. § 31321 that is an undischarged mortgage on the vessels.

DONE at Brownsville, Texas, on this __11__ day of July, 2002.

_____
United States District Judge