# SANCHEZ, WHITTINGTON, JANIS & ZABARTE, L.L.P.
### ATTORNEYS AT LAW
### 100 NORTH EXPRESSWAY 83
### BROWNSVILLE, TEXAS 78521-2284

JACK D. SANCHEZ (1945-1987)

DENNIS M. SANCHEZ, P.C.
ROBERT A. WHITTINGTON, P.C.
BRIAN G. JANIS, P.C.
FRANCISCO J. ZABARTE, P.C.
C. FRANK WOOD, P.C.

TEL. (956) 546-3731
FAX (956) 546-3765

November 18, 2002

*[stamp: United States District Court, Southern District of Texas, FILED NOV 18 2002, Michael N. Milby, Clerk of Court]*

*[handwritten: Status report]*

Honorable Hilda Tagle
U. S. District Judge
600 E. Harrison
Brownsville, TX 78520

Re: Civil Action No. B-02-139
Valley Ice & Fuel Co., Inc. v. F/V 15 de Octubre I, et al.

Dear Judge Tagle:

This case comes up to you today on an initial pre-trial conference. You may recall that last year I had filed a similar lawsuit at the beginning of the shrimp season (June, 2001) with the hope that Mexican shrimp boats would come to the Port of Brownsville during the term of the season. Since this case is a Rule 9(h) in rem case, no defendants are before the court unless they are seized under in rem process. In that case, I subsequently filed a Motion to Dismiss without prejudice at the end of the shrimp season (February, 2002).

In the present case, I again filed, in July of this year, with the hope that some of the defendant vessels would come to Brownsville for fuel or repairs. I would respectfully ask the court's indulgence to allow this case to remain on file until February, 2003, when I will again file a Motion to Dismiss without prejudice. Likewise, I will probably re-file another similar case in July, 2003.

Very truly yours,

Dennis Sanchez

DS/cl