IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAY 1 9 2003

Michael N. Milby
Clerk of Court

| | |
|---|---|
| VALLEY ICE & FUEL CO., INC. § | |
| Plaintiff, § | |
| § | |
| VS. § | CIVIL ACTION NO. B-02-139 |
| § | |
| F/V 15 DE OCTUBRE I, § | |
| F/V ESPERANZA V, § | |
| F/V DONOSTI III, F/V DONOSTI IV, § | |
| F/V ROJIMAR I, F/V ROJIMAR II § | |
| F/V DONOSTI V, F/V EASO I, § | |
| F/V CAMARONES DEL GOLFO XII, § | |
| F/V EASO II, F/V FIPESCO 93 § | |
| F/V EASO IV, F/V PORTHOS I § | |
| F/V PORTHOS II, F/V VILUJO I § | |
| F/V DON CEFE, F/V APOLO, § | |
| F/V MECOACAN II, F/V PONY CHIEF, § | |
| F/V ALHAMBRA II, F/V LULU § | |
| F/V MOJAVE CHIEF, F/V FIPESCO 79 § | |
| F/V DON JUAN, F/V CAMARONERA VII § | |
| F/V ANDRES GARCIA, F/V EDWARD § | |
| F/V KULKULKAN XIV, F/V TAURO, § | |
| F/V MARQUEZ VI, F/V MONICA II, § | |
| F/V CONCORDIA I, F/V MARQUEZ III § | |
| F/V MONICA III, F/V DON ALVARO III, § | |
| F/V DON ALVARO IV, F/V FENICO V § | |
| F/V FIPESCO 51, F/V FIPESCO 90 § | |
| F/V FIPESCO 137, § | |
| F/V LAGUNA DE PANLAO IX § | |
| F/V CAPITAN LALO, § | |
| F/V SAN ANTONIO II, § | |
| their engines, tackle, apparel § | |
| and furniture, IN REM, § | |
| Defendants. § | |

## MOTION TO DISMISS

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, VALLEY ICE & FUEL CO., INC., Plaintiff, by and through its attorney, and files this its Motion to Dismiss, and in support thereof would respectfully show unto the Court the following:

I.

Plaintiff and some of the Defendants have been able to compromise and settle all matters of controversy in this matter. Furthermore, other Defendants have made partial payments against their accounts. At the present time, Plaintiff believes that the prosecution of the above-styled cause would not be appropriate and would therefore request that this case be dismissed without prejudice.

Movant would therefore request that this Court dismiss the above-styled and numbered cause without prejudice, with court costs being assessed against the party incurring same.

Respectfully submitted,

SANCHEZ, WHITTINGTON, JANIS
&amp; ZABARTE, L.L.P.
100 North Expressway 83
Brownsville, Texas 78521
(956) 546-3731 - Telephone
(956) 546-3765 - Fax

By: _____
Dennis Sanchez
State Bar No. 17569600
Federal Adm. No. 1594
ATTORNEY FOR PLAINTIFF

CERTIFICATE OF NO CONFERENCE

There is no counsel for the Defendants in this action and there have been no appearances made by any Defendant to this action, therefore, there is no need for a conference.

_____
Dennis Sanchez