United States District Court
Southern District of Texas
ENTERED

MAY 2 1 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| VALLEY ICE & FUEL CO., INC. | § | |
|    Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-02-139 |
| | § | |
| F/V 15 DE OCTUBRE I, | § | |
| F/V ESPERANZA V, | § | |
| F/V DONOSTI III, F/V DONOSTI IV, | § | |
| F/V ROJIMAR I, F/V ROJIMAR II | § | |
| F/V DONOSTI V, F/V EASO I, | § | |
| F/V CAMARONES DEL GOLFO XII, | § | |
| F/V EASO II, F/V FIPESCO 93 | § | |
| F/V EASO IV, F/V PORTHOS I | § | |
| F/V PORTHOS II, F/V VILUJO I | § | |
| F/V DON CEFE, F/V APOLO, | § | |
| F/V MECOACAN II, F/V PONY CHIEF, | § | |
| F/V ALHAMBRA II, F/V LULU | § | |
| F/V MOJAVE CHIEF, F/V FIPESCO 79 | § | |
| F/V DON JUAN, F/V CAMARONERA VII | § | |
| F/V ANDRES GARCIA, F/V EDWARD | § | |
| F/V KULKULKAN XIV, F/V TAURO, | § | |
| F/V MARQUEZ VI,  F/V MONICA II, | § | |
| F/V CONCORDIA I, F/V MARQUEZ III | § | |
| F/V MONICA III, F/V DON ALVARO III, | § | |
| F/V DON ALVARO IV, F/V FENICO V | § | |
| F/V FIPESCO 51, F/V FIPESCO 90 | § | |
| F/V FIPESCO 137, | § | |
| F/V LAGUNA DE PANLAO IX | § | |
| F/V CAPITAN LALO, | § | |
| F/V SAN ANTONIO II, | § | |
| their engines, tackle, apparel | § | |
| and furniture, IN REM, | § | |
|    Defendants. | § | |

## ORDER OF DISMISSAL

THIS COURT having been advised that the Plaintiff has requested that the above-styled and numbered cause as between VALLEY ICE & FUEL CO., INC., Plaintiff, and the Defendants, F/V 15 DE OCTUBRE I, F/V ESPERANZA V, F/V DONOSTI III, F/V DONOSTI IV, F/V ROJIMAR

8

I, F/V ROJIMAR II, F/V DONOSTI V, F/V EASO I, F/V CAMARONES DEL GOLFO XII, F/V EASO II, F/V FIPESCO 93, F/V EASO IV, F/V PORTHOS I, F/V PORTHOS II, F/V VILUJO I, F/V DON CEFE, F/V APOLO, F/V MECOACAN II, F/V PONY CHIEF, F/V ALHAMBRA II, F/V LULU, F/V MOJAVE CHIEF, F/V FIPESCO 79, F/V DON JUAN, F/V CAMARONERA VII, F/V ANDRES GARCIA, F/V EDWARD, F/V KULKULKAN XIV, F/V TAURO, F/V MARQUEZ VI, F/V MONICA II, F/V CONCORDIA I, F/V MARQUEZ III, F/V MONICA III, F/V DON ALVARO III, F/V DON ALVARO IV, F/V FENICO V, F/V FIPESCO 51, F/V FIPESCO 90, F/V FIPESCO 137, F/V LAGUNA DE PANLAO IX, F/V CAPITAN LALO, F/V SAN ANTONIO II, their engines, tackle, apparel and furniture, *in rem*, be dismissed without prejudice as between Plaintiff and Defendants; it is, upon motion

ORDERED, ADJUDGED and DECREED that the above-styled and numbered cause be dismissed without prejudice. Costs are hereby adjudged against the party incurring same.

DONE at Brownsville, Texas, this _____ day of May, 2003.

_____
JUDGE PRESIDING